# EXHIBIT "A"
## PLAINTIFFS' FIRST MOTION IN LIMINE AND MEMORANDUM OF LAW

Case 3:07-cv-01180-TEM    Document 47-2    Filed 04/03/2009    Page 1 of 16

3/26/09



1624 Village Square Blvd.
Suite 101
Tallahassee, FL 32309

www.coloneybell.com

Phone:   (850) 222-8193
Fax:     (850) 222-9824

# Engineering Report
March 25, 2009

- Prepared for:    MARKS GRAY, P.A.
                   Post Office Box 447
                   Jacksonville, Florida 32201

                   Attention: Robert H. Sturgess, Esquire
                   904-398-0900
                   904-399-8440  Fax

- Case:            James & Darlene Tomlinson vs. William J. Landers
- Accident Date:   02/24/2007
- CBE Project Number:  600492

*[signature]*

3-25-2009

**D. Rowland Lamb, P.E.**
Registered Professional Engineer,
Florida License Number 38706

Robert Sturgess, P.E.
Marks Gray, P.A.
CBE #600492
March 25, 2009
Page 2 of 5

- The last location of Mr. Williams Landers prior to the subject crash was 2480 Snapdragon Avenue, Middleburg, Florida.

- Alligator Boulevard connects Snapdragon Avenue to Blanding Boulevard.

- Alligator Boulevard slopes up and intersects with Blanding Boulevard at an approximate angle of one hundred ten (110) degrees.

- At the intersection of Alligator Boulevard and Blanding Boulevard, the following signage is in place:

    - Stop sign for east bound traffic on Alligator Boulevard.

    - Fifty-five (55) mile per hour speed limit sign in the median facing south.

    - Fifty-five (55) mile per hour speed limit sign on the shoulder of the north bound lanes (located immediately east of Alligator Boulevard).

    - Three blank retro-reflective amber diamond shaped panels and a "ONE-WAY sign on the east side of Blanding Boulevard across from Alligator Boulevard.

- Mr. William Landers is from Belleville, Illinois and had not driven this route before.

- Mr. William Landers was traveling north in the south bound lanes of Blanding Boulevard when the subject crash occurred.

- The Manual on Uniform Traffic Control Devices (MUTCD) is the national standard for all traffic control devices including signs, signals, markings and other devices used to regulate, warn or guide traffic.

- MUTCD states the following:

    - "The DO NOT ENTER (RS-1) sign shall be used where traffic is prohibited from entering a restricted roadway."

    - "The DO NOT ENTER sign, if used, should be placed directly in view of a road user at the point where a road user could wrongly enter a divided highway."

    - "The WRONG WAY (RS-1a) sign may be used as a supplement to the DO NOT ENTER sign where a cross road intersects a one-way roadway in a manner that does not physically discourage or prevent wrong-way entry.

Robert Jones
Marks Gray, P.A.
CBE #600492
March 25, 2009
Page 3 of 5

### A. A COMPLETE STATEMENT OF ALL OPINIONS TO BE EXPRESSED AND THE BASIS AND REASONS THEREFOR.

Based on the forgoing together with my study and analysis of the material as a whole, and considered in the light of my research and prior experience, it is my intention to express my professional opinion as a licensed engineer in the state of Florida that:

- **OPINION**
  - The most likely route taken by Mr. William Landers on the night of February 24, 2007 would be as follows:
    - Depart his son's house at 2480 Snapdragon Avenue, Middleburg, Florida and travel south to Alligator Boulevard;
    - Turn left (east) on Alligator Boulevard and travel to the intersection of Blanding Boulevard;
    - Turn left onto Blanding Boulevard and travel to the area of collision at the intersection of Rosemary Street.

  **BASIS**
  - My examination of the street layouts throughout the vicinity of the neighborhood north and south of Alligator Boulevard and west of Blanding Boulevard.

- **OPINION**
  - The placement of DO NOT ENTER, WRONG WAY, ONE-WAY and DIVIDED HIGHWAY signs would have mitigated any confusion and uncertainty while providing clear and concise information to Mr. Landers thus allowing him the full opportunity to correctly enter the north bound lanes of Blanding Boulevard.

  **BASIS**
  - My examination of the Florida Traffic Crash Report Number FHPG070FF006609.
  - My examination of photographs of the intersection of Alligator Boulevard and Blanding Boulevard.
  - MUTCD, Chapter 2.B.
  - My education and experience as a professional engineer.

- **OPINION**
  - It is reasonably foreseeable that a motorist such as Mr. Landers, turning left from Alligator Boulevard onto Blanding Boulevard at night would enter the southbound lanes without knowledge of their mistake.

Robert Stopka, P.E.
Marks Gray, P.A.
CBE #600492
March 25, 2009
Page 4 of 5

**BASIS**
- My examination of the Florida Traffic Crash Report Number FHPG070FF006609
- My examination of photographs of the intersection of Alligator Boulevard and Blanding Boulevard.
- MUTCD, Chapter 2.B.
- United States Naval Observatory, Astronomical Applications Department, Sun and Moon Data for One Day (Saturday February 24, 2007)
- My education and experience as a professional engineer.

- **OPINION**
  - The placement of the speed limit sign in the median at the intersection of Alligator Boulevard and Blanding Boulevard created a false perception regarding the location of the right shoulder of the northbound lane was.

  **BASIS**
  - My examination of photographs of the intersection of Alligator Boulevard and Blanding Boulevard.
  - My education and experience as a professional engineer.

B. **A COMPLETE LIST OF THE DATA OR OTHER INFORMATION RELIED UPON IN FORMING SUCH OPINIONS.**

- Florida Traffic Crash Report FHPG07OFF006609.
- Photographs.
- Aerial photographs.
- Manual on Uniform Traffic Control Devices, 2003 Edition.
- Florida Department of Transportation Design Standards, January 2006.
- United States Naval Observatory, Astronomical Applications Department, Sun and Moon Data for One Day (Saturday February 24, 2007).

C. **ANY EXHIBITS TO BE USED AS A SUMMARY OF, OR SUPPORT FOR, SUCH OPINIONS.**

- Aerial and Ground view photographs.

Robert Sturges, P.E.
Marks Gray, P.A.
CBE #600492
March 25, 2009
Page 5 of 5

### D.  MY QUALIFICATIONS AS A WITNESS

- Attached is a copy of my Curriculum Vitae.

### E.  THE COMPENSATION TO BE PAID FOR SUCH STUDY AND TESTIMONY

- Attached is a copy of Coloney Bell Engineering's fee schedule.

### F.  A LIST OF THE CASES IN WHICH I HAVE TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEEDING FOUR YEARS.

- Attached is a list of such cases.

### G.  A STATEMENT IDENTIFYING THE AREAS OF EXPERTISE IN WHICH I EXPECT TO TESTIFY AT TRIAL

- I expect to testify as a consulting forensic engineer with extensive and specific experience in the fields of highway safety, and motorist behavior and response to traffic control devices.

### ATTACHMENTS

1. Curriculum Vitae
2. Fee schedule
3. Case List