# EXHIBIT "B"
## PLAINTIFFS' FIRST MOTION IN LIMINE AND MEMORANDUM OF LAW



1624 Village Square Blvd.
Suite 101
Tallahassee, FL 32309

www.coloneybell.com

Phone: (850) 222-8193
Fax: (850) 222-9824

# Engineering Report
June 18, 2009

- Prepared for:     MARKS GRAY, P.A.
                    Post Office Box 447
                    Jacksonville, Florida 32201

                    Attention: Robert H. Sturgess, Esquire
                    904-398-0900
                    904-399-8440  Fax

- Case:             James & Darlene Tomlinson vs. William J. Landers
- Accident Date:    02/24/2007
- CBE Project Number:  600492

*[signature]*
6/18/09

D. Rowland Lamb, P.E.
Registered Professional Engineer,
Florida License Number 38706

EXHIBIT "A"

Robert H. Sturgess, Esquire
Marks Gray, P.A.
CBE #600492
June 18, 2009
Page 1 of 6

## INTRODUCTION

You have requested a preliminary engineering opinion as to the route traveled by Mr. William Landers on the night of February 24, 2007 and the information provided to Mr. Landers through signage and pavement markings.

The observations and preliminary opinions, which follow, are based on currently available data and are believed to be reasonable when taken in that context; however, acquisition of other information not now available may result in revisions, as necessary, to reflect the impact of such changes.

Included in this report are:

A.  A complete statement of all opinions to be expressed and the basis and reasons therefore;

B.  A complete list of the data or other information relied upon or considered in forming such opinions;

C.  Any exhibits to be used as a summary of, or support for, such opinions;

D.  My qualifications as a witness;

E.  The compensation to be paid for such study and testimony;

F.  A list of the cases in which I have testified as an expert at trial or by deposition within the proceeding four years;

G.  A statement identifying the areas of expertise in which I expect to testify at trial.

During our current investigation, we have studied data and materials furnished to us and have made certain observations set forth below.

## OBSERVATIONS

- The subject crash occurred at 7:35 pm on February 24, 2007 on Blanding Boulevard at the intersection of Rosemary Street in Clay County, Florida.

- There are no streetlights on Blanding Boulevard in the area of the crash or along the most likely route taken by Mr. William Landers.

- The end of civil twilight on February 24, 2007 occurred at 6:46 pm.

- Blanding Boulevard is a four-lane divided highway with a grass median varying in width from approximately twenty-six (26) feet, immediately south of Alligator Boulevard, and approximately thirty-five (35) feet, immediately north of Alligator Boulevard.

Robert H. Sturgess, Esquire
Marks Gray, P.A.
CBE #600492
June 18, 2009
Page 2 of 6

- The last location of Mr. Williams Landers prior to the subject crash was 2480 Snapdragon Avenue, Middleburg, Florida.

- Alligator Boulevard connects Snapdragon Avenue to Blanding Boulevard.

- Alligator Boulevard slopes up and intersects with Blanding Boulevard at an approximate angle of one hundred ten (110) degrees.

- At the intersection of Alligator Boulevard and Blanding Boulevard, the following signage is in place:

  - Stop sign for east bound traffic on Alligator Boulevard.

  - Fifty-five (55) mile per hour speed limit sign in the median facing south.

  - Fifty-five (55) mile per hour speed limit sign on the shoulder of the north bound lanes (located immediately east of Alligator Boulevard).

  - Three blank retro-reflective amber diamond shaped panels and a "ONE-WAY sign on the east side of Blanding Boulevard across from Alligator Boulevard.

- Mr. William Landers is from Belleville, Illinois and had not driven this route before.

- Mr. William Landers was traveling north in the south bound lanes of Blanding Boulevard when the subject crash occurred.

- The Manual on Uniform Traffic Control Devices (MUTCD) is the national standard for all traffic control devices including signs, signals, markings and other devices used to regulate, warn or guide traffic.

- MUTCD states the following:

  - "The DO NOT ENTER (RS-1) sign shall be used where traffic is prohibited from entering a restricted roadway."

  - "The DO NOT ENTER sign, if used, should be placed directly in view of a road user at the point where a road user could wrongly enter a divided highway."

  - "The WRONG WAY (RS-1a) sign may be used as a supplement to the DO NOT ENTER sign where a cross road intersects a one-way roadway in a manner that does not physically discourage or prevent wrong-way entry.

P:\600492\061809RULE 26 rpt.doc

Robert H. Sturgess, Esquire
Marks Gray, P.A.
CBE #600492
June 18, 2009
Page 3 of 6

- The Florida Department of Transportation Design Standards indicate that the following signs are required for medians with a nose width of thirty (30) feet or more:

    - "Divided Highway" sign (R6-3), two hundred (200) feet in advance of the stop sign for the side street;

    - "STOP" sign (R1-1) at the location of the stop bar for the side street;

    - "One Way" sign (R6-1R) on the post above the stop sign;

    - "One Way" sign (R6-1R) at the nose of the median, facing traffic of the intersecting street;

    - "Yield" sign (R1-2) on the nose of the median for traffic coming from the side road preparing to turn left;

    - "One Way" sign (R6-1L) above the Yield sign on the nose of the median.

### A. A COMPLETE STATEMENT OF ALL OPINIONS TO BE EXPRESSED AND THE BASIS AND REASONS THEREFOR.

Based on the forgoing together with my study and analysis of the material as a whole, and considered in the light of my research and prior experience, it is my intention to express my professional opinion as a licensed engineer in the state of Florida that:

- **OPINION**
    - The most likely route taken by Mr. William Landers on the night of February 24, 2007 would be as follows:
        - Depart his son's house at 2480 Snapdragon Avenue, Middleburg, Florida and travel south to Alligator Boulevard;
        - Turn left (east) on Alligator Boulevard and travel to the intersection of Blanding Boulevard;
        - Turn left onto Blanding Boulevard and travel to the area of collision at the intersection of Rosemary Street.

    **BASIS**
    - My examination of the street layouts throughout the vicinity of the neighborhood north and south of Alligator Boulevard and west of Blanding Boulevard.

- **OPINION**
    - A DO NOT ENTER sign is required to be placed in the median of State Road 21, facing south, and located north of Alligator Boulevard.

Robert H. Sturgess, Esquire
Marks Gray, P.A.
CBE #600492
June 18, 2009
Page 4 of 6

- **BASIS**
  - MUTCD, Chapter 2.B.
  - My scene inspection of March 31, 2009.
  - My education and experience as a professional engineer.

- **OPINION**
  - The placement of DO NOT ENTER, WRONG WAY, DIVIDED HIGHWAY and YIELD signs along with the correct placement of ONE WAY signs would have mitigated any confusion and uncertainty while providing clear and concise information to Mr. Landers thus allowing him the full opportunity to correctly enter the north bound lanes of Blanding Boulevard.

  **BASIS**
  - My examination of the Florida Traffic Crash Report Number FHPG070FF006609.
  - My examination of photographs of the intersection of Alligator Boulevard and Blanding Boulevard.
  - FDOT Design Standard Index 17346.
  - MUTCD, Chapter 2.B.
  - My scene inspection of March 31, 2009.
  - My education and experience as a professional engineer.

- **OPINION**
  - It is reasonably foreseeable that a motorist such as Mr. Landers, turning left from Alligator Boulevard onto Blanding Boulevard at night would enter the southbound lanes without knowledge of their mistake.

  **BASIS**
  - My examination of the Florida Traffic Crash Report Number FHPG070FF006609
  - My examination of photographs of the intersection of Alligator Boulevard and Blanding Boulevard.
  - MUTCD, Chapter 2.B.
  - FDOT Design Standard Index 17346.
  - United States Naval Observatory, Astronomical Applications Department, Sun and Moon Data for One Day (Saturday February 24, 2007).

Robert H. Sturgess, Esquire
Marks Gray, P.A.
CBE #600492
June 18, 2009
Page 5 of 6

- My scene inspection of March 31, 2009.

- My education and experience as a professional engineer.

- **OPINION**
  - The placement of the speed limit sign in the median at the intersection of Alligator Boulevard and Blanding Boulevard created a false perception regarding the location of the right shoulder of the northbound lane.

  **BASIS**
  - My examination of photographs of the intersection of Alligator Boulevard and Blanding Boulevard.

  - My scene inspection of March 31, 2009.

  - My education and experience as a professional engineer.

B. **A COMPLETE LIST OF THE DATA OR OTHER INFORMATION RELIED UPON IN FORMING SUCH OPINIONS.**

- Florida Traffic Crash Report FHPG07OFF006609.

- Photographs.

- Aerial photographs.

- Manual on Uniform Traffic Control Devices, 2003 Edition.

- Florida Department of Transportation Design Standards, January 2006.

- United States Naval Observatory, Astronomical Applications Department, Sun and Moon Data for One Day (Saturday February 24, 2007).

C. **ANY EXHIBITS TO BE USED AS A SUMMARY OF, OR SUPPORT FOR, SUCH OPINIONS.**

- Aerial and Ground view photographs.

D. **MY QUALIFICATIONS AS A WITNESS**

- Attached is a copy of my Curriculum Vitae.

Robert H. Sturgess, Esquire
Marks Gray, P.A.
CBE #600492
June 18, 2009
Page 6 of 6

### E. THE COMPENSATION TO BE PAID FOR SUCH STUDY AND TESTIMONY

- Attached is a copy of Coloney Bell Engineering's fee schedule.

### F. A LIST OF THE CASES IN WHICH I HAVE TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEEDING FOUR YEARS.

- Attached is a list of such cases.

### G. A STATEMENT IDENTIFYING THE AREAS OF EXPERTISE IN WHICH I EXPECT TO TESTIFY AT TRIAL

- I expect to testify as a consulting forensic engineer with extensive and specific experience in the fields of highway safety, and motorist behavior and response to traffic control devices.

### ATTACHMENTS

1. Curriculum Vitae
2. Fee schedule
3. Case List