# EXHIBIT "D-1"

### PLAINTIFFS' FIRST MOTION IN LIMINE AND MEMORANDUM OF LAW

 **ARMSTRONG**
FORENSIC ENGINEERS

Armstrong Forensic Engineers, Inc.
Tomlinson vs. Landers
Case Number: 3:07-CV-1180-J-16-TEM
Armstrong File T3095A-01
June 23, 2009



Figure 17:  Close-up of Google Map image showing STOP sign on Alligator Blvd. with Divided Highway sign mounted beneath the STOP sign.

# EXHIBIT "D-2"

**PLAINTIFFS' FIRST MOTION IN LIMINE AND MEMORANDUM OF LAW**



Armstrong Forensic Engineers, Inc.
Tomlinson vs. Landers
Case Number: 3:07-CV-1180-J-16-TEM
Armstrong File T3095A-01
June 23, 2009



Figure 18:  Google Map Image looking west from Blanding Blvd. to Alligator Blvd.  Image clearly shows a rectangular sign mounted beneath the STOP sign.



4504 Alligator Blvd, Middleburg-Clay Hill, FL, United States
Address is approximate

© 2009 Google

# EXHIBIT "D-3"
## PLAINTIFFS' FIRST MOTION IN LIMINE AND MEMORANDUM OF LAW



Armstrong Forensic Engineers, Inc.
Tomlinson vs. Landers
Case Number: 3:07-CV-1180-J-16-TEM
Armstrong File T3095A-01
June 23, 2009

### SIGNING AND PAVEMENT MARKING GENERAL NOTES

1. REFLECTIVE PAVEMENT MARKERS ARE NOT TO BE INSTALLED ON SIDESTREET CENTERLINES EXCEPT AS NOTED HEREIN.
2. RPM's TO BE PLACED AS PER INDEX No. 17352.
3. SOME DRAWING MAY BE REQUIRED FOR THE INSTALLATION OF THE SIDESTREET STOP BARS.
4. ALL SIGNS REPLACING EXISTING OUTDATED SIGNS SHALL BE INSTALLED AT THE EXISTING SIGN LOCATION EXCEPT AS NOTED HEREIN.
5. IT SHALL BE THE RESPONSIBILITY OF THE CONTRACTOR TO VERIFY THE LENGTH OF THE COLUMN SUPPORTS IN THE FIELD PRIOR TO FABRICATION.
6. FOR SIGN DETAILS, REFER TO THE MANUAL ON UNIFORM TRAFFIC CONTROL DEVICES, PUBLISHED BY THE U.S. DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, 2003 AND THE MANUAL ON STANDARD HIGHWAY SIGNS, PUBLISHED BY THE U.S. DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, 2002.
7. CAUTION SHOULD BE EXERCISED WHILE RELOCATING EXISTING SIGNS TO PREVENT UNNECESSARY DAMAGE TO SIGNS. IF THE SIGNS ARE DAMAGED, THE SIGNS WILL BE REPLACED BY THE CONTRACTOR AT HIS EXPENSE.
8. ALL SIGNS REMOVED ARE TO BE DISPOSED OF BY THE CONTRACTOR.
9. NO TEST BORINGS WERE MADE WHERE SIGNS ARE TO BE INSTALLED. IT SHALL BE THE CONTRACTORS RESPONSIBILITY TO EXAMINE THE JOB

Figure 25: Signing and Pavement Marking General Notes. Note No. 6 identifies the 2003 MUTCD for sign details.



Figure 26: Sheet S-4 from FDOT Signing and Pavement Marking Plans.

# EXHIBIT "D-4"
## PLAINTIFFS' FIRST MOTION IN LIMINE AND MEMORANDUM OF LAW



Armstrong Forensic Engineers, Inc.
Tomlinson vs. Landers
Case Number: 3:07-CV-1180-J-16-TEM
Armstrong File T3095A-01
June 23, 2009



Figure 27:  Close-up of signing plans for Alligator Blvd. and Rosemary Street intersections with Blanding Blvd.