UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NUMBER: 3:07-cv-1180-J-TEM

JAMES E. TOMLINSON and DARLENE
TOMLINSON, his wife,

    Plaintiffs,

vs.

WILLIAM J. LANDERS,

    Defendant.

_____/

## AFFIDAVIT OF D. ROWLAND LAMB, P.E. REGARDING SUPPLEMENTAL DOCUMENTS IN OPPOSITION TO PLAINTIFFS' PARTIAL MOTION FOR SUMMARY JUDGMENT

Pursuant to this Court's ore tenus Order on July 10, 2009, requiring Defendant William J. Landers to submit supporting documents in opposition to Plaintiffs' Motion for Partial Summary Judgment, Defendant William J. Landers hereby files this affidavit of D. Rowland Lamb, P.E.

**STATE OF FLORIDA** )
                                  )
**COUNTY OF LEON** )

Before the undersigned officer, duly authorized to administer oaths, appeared D. ROWLAND LAMB, who, after being duly sworn upon oath states as follows:

1.    My name is D. Rowland Lamb and I am over the age of twenty-one (21) and am legally competent to make this affidavit. Unless otherwise stated, I have personal knowledge of the facts set forth herein.

2. I am Vice President of Coloney Bell Engineering.

3. I am a licensed Professional Engineer with 26 years of experience including 16 years with the Florida Department of Transportation.

4. I have been retained to serve as an expert witness in the above referenced matter.

5. A review of the following documents confirms my opinion that DO NOT ENTER signs or WRONG WAY signs were not present at or near the scene of the subject accident.

  - State of Florida Department of Transportation "Final As-Built Plans". A copy of the Final As-Built Plans is attached hereto as Exhibit "A".

  - FDOT Sign Repair/Replacement Records. Copies of the FDOT Sign Repair/Replacement Records are attached hereto as Composite Exhibit "B".

  - Clay County Sign Maintenance Documents. Copies of the Clay County Sign Maintenance Documents are attached hereto as Composite Exhibit "C".

6. Moreover, representations of a local resident that a DIVIDED HIGHWAY sign was not present beneath the stop sign located at the intersection of Alligator Boulevard and State Road 21 in 2007, including on the date of the subject accident, confirms my opinion that a DIVIDED HIGHWAY sign was not present at the time of the subject accident on February 24, 2007.

7. Finally, in light of testimony by Plaintiffs' rebuttal expert, Jeffrey Armstrong, P.E. that the Manual on the Uniform Traffic Control Devices ("MUTCD") and the Florida Department of Transportation Design Standards ("FDOT Design Standards") were the minimum criteria required for designing traffic control devices, a question of fact exists as to whether Florida Department of Transportation was required to take

additional steps beyond those required by the MUTCD and the FDOT Design Standards.

AFFIANT FURTHER SAYETH NAUGHT.

IN WITNESS WHEREOF, I have hereunto signed my name to the foregoing oath and affidavit this 13th day of July, 2009.

D. ROWLAND LAMB

On this 13th day of July, 2009, D. Rowland Lamb, appeared before me, swore to and executed the foregoing instrument and duly acknowledged that he executed the same.


B. W. RANALLO
Commission DD 646208
Expires June 22, 2011
Bonded Thru Troy Fain Insurance 800-385-7019

Notary Public

My commission expires:

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 13, 2009 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to Robert O. Stripling, Jr., Esquire, Post Office Box 1287, Gainesville, Florida 32602, Attorney for Plaintiffs.

**MARKS GRAY, P.A.**

By _____
Robert H. Sturgess, Esq.
Meagan L. Logan, Esq.
Florida Bar Number 0869538
Florida Bar Number 0018062
Post Office Box 447
Jacksonville, FL 32201
(904) 398-0900 - Telephone
(904) 399-8440 – Facsimile
rsturgess@marksgray.com
mlogan@marksgray.com

Attorney for defendant
William J. Landers