

COMPONENTS OF CONTRACT PLANS SET

ROADWAY PLANS
SIGNING AND MARKING PLANS
SIGNALIZATION PLANS

A DETAILED INDEX APPEARS ON THE KEY SHEET OF EACH COMPONENT

# STATE OF FLORIDA
## DEPARTMENT OF TRANSPORTATION
## FINAL "AS-BUILT" PLANS
~~CONTRACT PLANS~~

E2690

FINANCIAL PROJECT ID 208111-2-52-01

CLAY COUNTY (71070)

STATE ROAD NO. 21

RECEIVED MAY 11 2006 DIST. EST OFC

## INDEX OF ROADWAY PLANS

| SHEET NO. | SHEET DESCRIPTION |
|---|---|
| 1 | KEY SHEET |
| 2 | SUMMARY OF PAY ITEMS |
| 3 - 5 | TYPICAL SECTIONS |
| 6 | TYPICAL SECTION DETAILS |
| 7 - 8 | SUMMARY OF QUANTITIES |
| 9 | PROJECT LAYOUT |
| 10 | GENERAL NOTES |
| 11 - 16, 16a-20 | ROADWAY PLANS |
| 20A | ROADWAY SOILS SURVEY |
| 21 - 35 | CROSS SECTIONS |
| 36 - 37 | STORMWATER POLLUTION PREVENTION PLAN |
| 38 - 44 | TRAFFIC CONTROL PLANS |
| 6a-6e | Roadway As-Built Pavement Data |

PROJECT LENGTH IS BASED ON ℄ CONSTRUCTION

| LENGTH OF PROJECT | LINEAR FEET | MILES |
|---|---|---|
| ROADWAY | 24 310.30 | 4.604 |
| BRIDGES | 392.30 | 0.074 |
| NET LENGTH OF PROJECT | 24 702.60 | 4.678 |
| EXCEPTIONS | | |
| GROSS LENGTH OF PROJECT | 24 702.60 | 4.678 |

FDOT PROJECT MANAGER: NELSON BEDENBAUGH

GOVERNING STANDARDS AND SPECIFICATIONS: FLORIDA DEPARTMENT OF TRANSPORTATION, DESIGN STANDARDS DATED JANUARY 2004, AND STANDARD SPECIFICATIONS FOR ROAD AND BRIDGE CONSTRUCTION DATED 2004, AS AMENDED BY CONTRACT DOCUMENTS. APPLICABLE INTERIM STANDARDS:

| INDEX NO. | SHEET NO. | INDEX DATE |
|---|---|---|
| D400 | 1 OF 1 | 8/21/03 |

FOR INTERIM STANDARDS CLICK ON "DESIGN STANDARDS" SITE: HTTP://WWW.DOT.STATE.FL.US/RDDESIGN/

REVISIONS

FINANCIAL PROJECT ID 208111-2-52-01 ROADWAY SHEETS 21, 22, 25 (REVISED JAN 13, 2005)

FINANCIAL PROJECT ID 208111-2-52-01 ROADWAY SHEETS 4, 5, 6 (REVISED AUGUST 24, 2005)

FINANCIAL PROJECT ID 208111-2-52-01 ROADWAY SHEET 13 (REVISED AUGUST 31, 2005)

Name of Contractor: Anderson Columbia Co., Inc.
Name of All Consultants Involved: England-Thims & Miller, Inc. and Cloud Consultants & Services
District Secretary: Charles Baldwin, P.E.
Resident Engineer: Robert Hasagen, P.E.
Project Manager: Kent Pender, P.E./John Kell
Project Administrator: John Rogers

This project was constructed in substantial compliance with these plans as provided by the Engineer of Record. If changes were made, those changes are indicated by black ink revision and bear the seal and signature of the Responsible Engineer.

| KEY SHEET REVISIONS | | |
|---|---|---|
| DATE | BY | DESCRIPTION |
| | | |

ROADWAY SHOP DRAWINGS TO BE SUBMITTED TO:
COLETTE F. MOSS, P.E.
1505 E. COLONIAL DRIVE
ORLANDO, FLORIDA 32803
(407) 896-0594

PLANS PREPARED BY:

DRMP

DYER, RIDDLE, MILLS & PRECOURT, INC.
1505 E. COLONIAL DRIVE
ORLANDO, FLORIDA 32803
CERTIFICATE OF AUTHORIZATION NO. 2648
CONTRACT NO. C-8407
VENDOR NO. 5590917400I
NOTE: THE SCALE OF THESE PLANS MAY HAVE CHANGED DUE TO REPRODUCTION.

THIS PROJECT TO BE LET TO CONTRACT WITH FINANCIAL PROJECT ID 208225-5-52-01.

As-Built
Douglas Seaman
FL PE 35623
5/11/06

ROADWAY PLANS ENGINEER OF RECORD: [signature]
COLETTE F. MOSS, P.E.
P.E. NO.: 41853
10 Sept 05

| FISCAL YEAR | SHEET NO. |
|---|---|
| 05 | 1 |

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

EXHIBIT A

1

PROPOSAL SUMMARY OF PAY ITEMS

PAGE: 1 A0001
PPROPDTX 02/25/04
NONDIST: 02

PROPOSAL : [illegible]    LEAD FINPROJ : 20811125201    COUNTY : CLAY
FINPROJ(S): 20811125201    COUNTY/SECTION: 71070000
20822655201    71130000

| 0001 SUMMARY OF ROADWAY | | | | PAY ITEMS | | |
|---|---|---|---|---|---|---|
| ALT | ITEM NUMBER | ITEM DESCRIPTION | UNIT | 20811125201 | 20822655201 | QUANTITY TOTAL |
| | 0999- 2- | LUMP SUM CONTRACT (ALTERNATIVE BIDDING) | LS | 1.000 | 0.000 | 1.000 |
| | 0999- 2- | LUMP SUM CONTRACT (ALTERNATIVE BIDDING) | LS | 0.000 | 1.000 | 1.000 |
| | 0999- 25- | INITIAL CONTINGENCY AMOUNT (DO NOT BID) | LS | 0.000 | 1.000 | 1.000 |
| | 0999- 25- | INITIAL CONTINGENCY AMOUNT (DO NOT BID) | LS | 1.000 | 0.000 | 1.000 |

| REVISIONS | | | | | |
|---|---|---|---|---|---|
| DATE | BY | DESCRIPTION | DATE | BY | DESCRIPTION |
| | | | | | |

DRMP
DYER, RIDDLE, MILLS & PRECOURT, INC.

| STATE OF FLORIDA DEPARTMENT OF TRANSPORTATION | | |
|---|---|---|
| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
| SR 21 | CLAY | 208111-2-52-01 |

SR 21
SUMMARY OF PAY ITEMS

SHEET NO. 2

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

../2081112/roadway/cesmrd01.dgn 10/19/2004 10:24:20 AM

* SHOULDER CROSS SLOPE IN SUPERELEVATED SECTIONS SHALL FOLLOW INDEX 510.
** SEE NOTE #21 ON SHEET 10.
*** AT THE CONTRACTOR'S OPTION, THIS AREA MAY BE CONSTRUCTED OF OPTIONAL BASE MATERIAL AT NO ADDITIONAL COMPENSATION.
STA. 1399+46.14 TO STA. 1405+00.00 – PAVED SHOULDER TO BE CONSTRUCTED AT THE SAME DEPTH AS THE MAINLINE

## TYPICAL SECTION I
SR 21
STA. 1399+46.14 TO STA. 1413+10.26
N.T.S.

"Y" THE AREA DISTURBED BY CONSTRUCTION VARIES

CONC. DITCH PVMT. DETAIL
SOUTHBOUND STA. 1406+00.00 TO STA. 1411+00.00
N.T.S.

### MILLING
MILL EXISTING ASPHALT PAVEMENT (2½" AVG. DEPTH)

### RESURFACING
ASPHALT RUBBER MEMBRANE INTERLAYER (½")
TYPE SP STRUCTURAL COURSE (TRAFFIC C) (2½")
FRICTION COURSE FC-5 (¾") (RUBBER)

### WIDENING
OPTIONAL BASE GROUP 6 WITH
TYPE SP STRUCTURAL COURSE (TRAFFIC C) (2½")
FRICTION COURSE FC-5 (¾") (RUBBER)

### SHOULDER PAVEMENT MILLING
MILL EXISTING ASPHALT PAVEMENT (½" AVG. DEPTH)

### SHOULDER PAVEMENT RESURFACING
TYPE SP STRUCTURAL COURSE (TRAFFIC C) (1")
FRICTION COURSE FC-5 (¾") (RUBBER)

### SHOULDER PAVEMENT NEW CONSTRUCTION
OPTIONAL BASE GROUP I WITH
TYPE SP STRUCTURAL COURSE (TRAFFIC C) (1")
FRICTION COURSE FC-5 (¾") (RUBBER)

### TRAFFIC DATA
CURRENT YEAR ESTIMATE = 2000 AADT = 35 000
OPENING YEAR ESTIMATE = 2005 AADT = 43 000
DESIGN YEAR ESTIMATE = 2025 AADT = 75 500
K = 10 % D = 57 % T = 3 % (24 HOUR)
DESIGN HOUR T = 3 %
DESIGN SPEED = 55 MPH

| REVISIONS | | | | | |
|---|---|---|---|---|---|
| DATE | BY | DESCRIPTION | DATE | BY | DESCRIPTION |

DRMP

| STATE OF FLORIDA DEPARTMENT OF TRANSPORTATION | | |
|---|---|---|
| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
| SR 21 | CLAY | 208111-2-52-01 |

SR 21
TYPICAL SECTION

SHEET NO. 3

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

## TYPICAL SECTION 2

## SR 21

## STA. 1413+10.26 TO STA. 1500+60.00

N.T.S.

* FOR MEDIAN WIDENING AND AUXILIARY LANE DETAILS SEE TYPICAL SECTION DETAILS

** SEE NOTE #21 ON SHEET 10.

"Y" THE AREA DISTURBED BY CONSTRUCTION VARIES

**MILLING**

MILL EXISTING ASPHALT PAVEMENT (2½") AVG. DEPTH)

**RESURFACING**

ASPHALT RUBBER MEMBRANE INTERLAYER (½")
TYPE SP STRUCTURAL COURSE (TRAFFIC C) (2½")
FRICTION COURSE FC-5 (¾") (RUBBER)

**SHOULDER PAVEMENT MILLING**

MILL EXISTING ASPHALT PAVEMENT (½" AVG. DEPTH)

**SHOULDER PAVEMENT RESURFACING**

TYPE SP STRUCTURAL COURSE (TRAFFIC C) (1")
FRICTION COURSE FC-5 (¾") (RUBBER)

**SHOULDER PAVEMENT NEW CONSTRUCTION**

OPTIONAL BASE GROUP 1 WITH
TYPE SP STRUCTURAL COURSE (TRAFFIC C) (1")
FRICTION COURSE FC-5 (¾") (RUBBER)

**WIDENING DETAIL**

STA. 1413+10.26 TO STA. 1419+40.00 (SB)

N.T.S.

*** AT THE CONTRACTOR'S OPTION, THIS AREA MAY BE CONSTRUCTED OF OPTIONAL BASE MATERIAL AT NO ADDITIONAL COMPENSATION. STA. 1418+00.00 TO STA. 1419+40.00 – PAVED SHOULDER TO BE CONSTRUCTED AT THE SAME DEPTH AS THE MAINLINE.

R/W LINE — R/W VARIES (100' STD.) — MILL AND RESURFACE FRICTION COURSE — VARIES (40' STD.) — CONST. & SURVEY SR 21 — ±10' EXIST. SHLDR. — ±4' EXIST. SHLDR. PAVT. — ±24' — ±12' — CONST. 5' PAVED SHLDR. — REWORK SHLDR. (3.5' MIN.) — 500 — 0.02 MIN. — 0.06 — .05 — 1:4 MAX. — LIMITS OF CONSTRUCTION — EXISTING GROUND — BASE GROUP 1 — EXIST. STABILIZATION — STANDARD CLEARING & GRUBBING — EXIST. TRAVEL LANES (RESURFACING) — 6' SHLDR. — WIDENING — EXISTING DITCH PAVT. TO REMAIN — BASE GROUP 6 — TYPE "B" STABILIZATION LBR 40

### TRAFFIC DATA

CURRENT YEAR ESTIMATE = 2000 AADT = 35 000
OPENING YEAR ESTIMATE = 2005 AADT = 43 000
DESIGN YEAR ESTIMATE = 2025 AADT = 75 500
K = 10 % D = 57 % T = 3 % (24 HOUR)
DESIGN HOUR T = 3 %
DESIGN SPEED = 55 MPH

| REVISIONS | | | | | | |
|---|---|---|---|---|---|---|
| DATE | BY | DESCRIPTION | DATE | BY | DESCRIPTION |

DRMP

| STATE OF FLORIDA DEPARTMENT OF TRANSPORTATION | | |
|---|---|---|
| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
| SR 21 | CLAY | 208111-2-52-01 |

SR 21 TYPICAL SECTION — SHEET NO. 4

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.



TYPICAL SECTION 2
SR 21
STA. 1413+10.26 TO STA. 1520+06.00
N.T.S.
* FOR MEDIAN WIDENING AND AUXILIARY LANE DETAILS SEE TYPICAL SECTION DETAILS
** SEE NOTE #21 ON SHEET 10.
"Y" THE AREA DISTURBED BY CONSTRUCTION VARIES
R/W LINE
R/W VARIES (100' STD.)
CONST. & SURVEY SR 21
MILL AND RESURFACE FRICTION COURSE
VARIES (40' STD.)
CONST. 2' PAVED SHLDR.
±4' EXIST. SHLDR. PAVT.
** REWORK SHLDR. (3.5' MIN.)
UNITS OF CONSTRUCTION
EXISTING GROUND
EXIST. STABILIZATION
BASE GROUP 1
STANDARD CLEARING & GRUBBING
EXIST. TRAVEL LANES (RESURFACING)
EXISTING DITCH PAVT. TO REMAIN
BASE GROUP 6
TYPE 'B' STABILIZATION LBR 40
*** AT THE CONTRACTOR'S OPTION, THIS AREA MAY BE CONSTRUCTED OF OPTIONAL BASE MATERIAL AT NO ADDITIONAL COMPENSATION. STA. 1418+00.00 TO STA. 1419+40.00 - PAVED SHOULDER TO BE CONSTRUCTED AT THE SAME DEPTH AS THE MAINLINE.
WIDENING DETAIL
STA. 1413+10.26 TO STA. 1419+40.00 (SB)
N.T.S.
MILLING
MILL EXISTING ASPHALT PAVEMENT (2½". AVG. DEPTH)
RESURFACING
ASPHALT RUBBER MEMBRANE INTERLAYER (½")
TYPE SP STRUCTURAL COURSE (TRAFFIC C) (2½")
FRICTION COURSE FC-5 (¾") (RUBBER)
SHOULDER PAVEMENT MILLING
MILL EXISTING ASPHALT PAVEMENT (½" AVG. DEPTH)
SHOULDER PAVEMENT RESURFACING
TYPE SP STRUCTURAL COURSE (TRAFFIC C) (1")
FRICTION COURSE FC-5 (¾") (RUBBER)
SHOULDER PAVEMENT NEW CONSTRUCTION
OPTIONAL BASE GROUP 1 WITH
TYPE SP STRUCTURAL COURSE (TRAFFIC C) (1")
FRICTION COURSE FC-5 (¾") (RUBBER)
TRAFFIC DATA
CURRENT YEAR ESTIMATE = 2000 AADT = 35 000
OPENING YEAR ESTIMATE = 2005 AADT = 43 000
DESIGN YEAR ESTIMATE = 2025 AADT = 75 500
K = 10 % D = 57 % T = 3 % (24 HOUR)
DESIGN HOUR T = 3 %
DESIGN SPEED = 55 MPH
REVISIONS
08/24/05 JTD CHANGED TYPICAL SECTION SECTION LIMIT
DRMP
STATE OF FLORIDA DEPARTMENT OF TRANSPORTATION
ROAD NO. SR 21
COUNTY CLAY
FINANCIAL PROJECT ID 208111-2-52-01
SR 21
TYPICAL SECTION
SHEET NO. 4
NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

## TYPICAL SECTION 3
## SR 21

STA. 1500+60.00 TO STA. 1572+18.63
STA. 1572+18.63 (BK) = STA. 130+85.89 (AH)
STA. 130+85.89 TO STA. 155+79.23
STA. 160+11.53 TO STA. 205+16.00
N.T.S.

WIDENING DETAIL
STA. 1542+00 TO STA. 545+25 (SB)
N.T.S.

### TRAFFIC DATA

CURRENT YEAR ESTIMATE = 2000 AADT = 35 000
OPENING YEAR ESTIMATE = 2005 AADT = 43 000
DESIGN YEAR ESTIMATE = 2025 AADT = 75 500
K = 10 % D = 57 % T = 3 % (24 HOUR)
DESIGN HOUR T = 3 %
DESIGN SPEED
SOUTHBOUND (LT.) ROADWAY:
55 MPH FROM STA. 1500+60.00 TO STA. 1533+53.00
45 MPH FROM STA. 1533+53.00 BK. TO STA. 149+80.00 AH.
35 MPH FROM STA. 149+80.00 TO STA. 162+73.00
45 MPH FROM STA. 162+73.00 TO STA. 207+43.53

NORTHBOUND (RT.) ROADWAY:
55 MPH FROM STA. 1500+60.00 TO STA. 1518+95.00
45 MPH FROM STA. 1518+95.00 TO STA. 1547+79.00
35 MPH FROM STA. 1547+79.00 BK. TO STA. 147+02.00 AH.
45 MPH FROM STA. 147+02.00 TO STA. 207+43.53

### MILLING
MILL EXISTING ASPHALT PAVEMENT (3½" AVG. DEPTH)

### RESURFACING
* TYPE SP STRUCTURAL COURSE (TRAFFIC C) (2") (FINE MIX ONLY)
FRICTION COURSE FC-12.5 (1½") (RUBBER)

### SIDE STREET MILLING
MILL EXISTING ASPHALT PAVEMENT (1½" AVG. DEPTH)

### SIDE STREET RESURFACING
FRICTION COURSE FC-12.5 (1½") (RUBBER)

### WIDENING
OPTIONAL BASE GROUP 6 WITH
TYPE SP STRUCTURAL COURSE (TRAFFIC C) (2½")
FRICTION COURSE FC-5 (¾") (RUBBER)

* NO VIBRATORY ROLLERS WILL BE ALLOWED.

| REVISIONS | | | | | |
|---|---|---|---|---|---|
| DATE | BY | DESCRIPTION | DATE | BY | DESCRIPTION |

DRMP

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
|---|---|---|
| SR 21 | CLAY | 208111-2-52-01 |

SR 21
TYPICAL SECTION

SHEET NO. 5

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

TRAFFIC DATA
CURRENT YEAR ESTIMATE = 2000 AADT = 35 000
OPENING YEAR ESTIMATE = 2005 AADT = 43 000
DESIGN YEAR ESTIMATE = 2025 AADT = 75 500
K = 10 % D = 57 % T = 3 % (24 HOUR)
DESIGN HOUR T = 3 %
DESIGN SPEED
SOUTHBOUND (LT.) ROADWAY:
55 MPH FROM STA. 1500+60.00 TO STA. 1533+53.00
45 MPH FROM STA. 1533+53.00 BK. TO STA. 149+80.00 AH.
35 MPH FROM STA. 149+80.00 TO STA. 162+73.00
45 MPH FROM STA. 162+73.00 TO STA. 207+43.53
NORTHBOUND (RT.) ROADWAY:
55 MPH FROM STA. 1500+60.00 TO STA. 1518+95.00
45 MPH FROM STA. 1518+95.00 TO STA. 1547+79.00
35 MPH FROM STA. 1547+79.00 BK. TO STA. 147+02.00 AH.
45 MPH FROM STA. 147+02.00 TO STA. 207+43.53
R/W LINE
R/W VARIES (60' STD.)
CONST. & SURVEY SR 21
R/W VARIES (50' STD.)
MILL AND RESURFACE FRICTION COURSE
±24'
±12'
VARIES (40' STD.)
MATCH EXIST. CROSS SLOPE
EXISTING TYPE 'E' CURB AND GUTTER TO REMAIN
EXISTING CONCRETE SIDEWALK TO REMAIN UNLESS OTHERWISE NOTED IN PLANS
EXISTING ROADWAY PAVEMENT
EXISTING TYPE 'F' CURB AND GUTTER TO REMAIN
EXISTING TYPE 'F' CURB AND GUTTER TO REMAIN 15' OF CURB & GUTTER TO BE REPLACED AT APPROX. STA. 1529+16 (LT). CONTRACTOR TO FIELD VERIFY STATIONING.
TYPICAL SECTION 3
SR 21
STA. 1520+06.00 TO STA. 1572+18.63
STA. 1572+18.63 (BK) = STA. 130+85.89 (AH)
STA. 130+85.89 TO STA. 155+79.23
STA. 160+11.53 TO STA. 205+16.00
N.T.S.
MILLING
MILL EXISTING ASPHALT PAVEMENT (3½" AVG. DEPTH)
RESURFACING
* TYPE SP STRUCTURAL COURSE (TRAFFIC C) (2") (FINE MIX ONLY)
FRICTION COURSE FC-12.5 (1½") (RUBBER)
SIDE STREET MILLING
MILL EXISTING ASPHALT PAVEMENT (1½" AVG. DEPTH)
SIDE STREET RESURFACING
FRICTION COURSE FC-12.5 (1½") (RUBBER)
WIDENING
1'-12'
OPTIONAL BASE GROUP 6 WITH
TYPE SP STRUCTURAL COURSE (TRAFFIC C) (2½")
FRICTION COURSE ~~FC-5 (¾")~~ (RUBBER)
FC-12.5 (1.5")
BASE GROUP 6
TYPE 'E' CURB AND GUTTER
TYPE 'B' STABILIZATION LBR 40
WIDENING DETAIL
STA. 1542+00 TO STA. 1545+25 (SB)
N.T.S.
* NO VIBRATORY ROLLERS WILL BE ALLOWED.
Aug 24 2005
REVISIONS
DATE
BY
DESCRIPTION
08/24/05
JTD
CHANGED TYPICAL SECTION SECTION LIMIT
DRMP
STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION
ROAD NO.
SR 21
COUNTY
CLAY
FINANCIAL PROJECT ID
208111-2-52-01
SR 21
TYPICAL SECTION
SHEET NO.
5
NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

RURAL RESURFACING DETAIL
NORTHBOUND ROADWAY
(MIRROR FOR SOUTHBOUND ROADWAY)
STA. 1399+46.14 TO STA. 1520+06.00
* RURAL SECTION CROSS SLOPE = 0.02 MIN.
N.T.S.
MATCH EXIST.
0.5" ARMI LAYER
0.75" FC-5
OUTSIDE EDGE OF TRAVEL LANE MILLING CONTROL POINT.
2.5" MIN.
MILLED SURFACE 2.5" SP
EXIST. CROSS-SLOPE
URBAN RESURFACING DETAIL
NORTHBOUND ROADWAY
(MIRROR FOR SOUTHBOUND ROADWAY)
STA. 1520+06.00 TO STA. 1572+18.63
STA. 1572+18.63 (BK) = STA. 130+85.89 (AH)
STA. 130+85.89 TO STA. 207+43.53
N.T.S.
MATCH EXIST.
0.75" FC-5
3.5" MIN.
MILLED SURFACE 2" SP
EXIST. CROSS-SLOPE
MEDIAN WIDENING DETAIL (NORTHBOUND)
SR 21
STA. 1415+43.50 TO STA. 1418+58.72
N.T.S.
MILL AND RESURFACE
FRICTION COURSE
EXIST. TRAVEL LANES
MATCH EXIST. CROSS SLOPE
BASE GROUP 1
TYPE "B" STABILIZATION LBR 40
R/W LINE
MILL & RESURFACE
SIDESTREET DETAIL
N.T.S.
* SIDESTREETS SHALL BE MILLED AND RESURFACED TO RIGHT OF WAY UNLESS EXISTING PAVT. ENDS PREVIOUS TO RIGHT OF WAY. IN THIS CASE, MILL AND RESURFACE TO EDGE OF EXISTING PAVEMENT.
SEE SHEET #5 FOR MILLING & RESURFACING CRITERIA.
RURAL TURN LANE DETAIL
(NORTHBOUND & SOUTHBOUND)
SR 21
N.T.S.
MILLING (TURN LANE)
MILL EXISTING ASPHALT PAVEMENT (2" AVG. DEPTH)
RESURFACING
TYPE SP STRUCTURAL COURSE (TRAFFIC C) (2½")
FRICTION COURSE FC-5 (¾") (RUBBER)
FEATHERING DETAIL
(MAINLINE PROFILE VIEW)
50.00' FEATHERING LENGTH
BEGIN/END PROJECT
SR 21 MAINLINE PAVEMENT
EXIST. PAVED SURFACE
URBAN TURN LANE DETAIL
(NORTHBOUND & SOUTHBOUND)
SR 21
N.T.S.
TURN LANE
MATCH EXIST. CROSS SLOPE
MILLING (TURN LANE)
MILL EXISTING ASPHALT PAVEMENT (3½" AVG. DEPTH)
RESURFACING
* TYPE SP STRUCTURAL COURSE (TRAFFIC C) (2")
FRICTION COURSE FC-12.5 (1½") (RUBBER)
* NO VIBRATORY ROLLERS WILL BE ALLOWED.
REVISIONS
DATE
BY
DESCRIPTION
02/24/05
JTD
CHANGED TYPICAL SECTION SECTION LIMIT
DRMP
STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION
ROAD NO.
COUNTY
FINANCIAL PROJECT ID
SR 21
CLAY
208111-2-52-01
SR 21
TYPICAL SECTION DETAILS
SHEET NO.
6
NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

700-050-12
CONSTRUCTION
02/04

State Of Florida Department Of Transportation

**Roadway - As-Built Pavement Data (LIMS)**
Date: 3/21/06 Page No. 5 of 7 5 — LIMS ID D6000223B

Project ID.: 208111-2-52-01 Pay Item No.: 2-999-2 Material ID.: PROABS

Level of Testing: V Material ID (On Spec): Sample Level: V Manf or Prod: Anderson Columbia

Destination LabID: E02002-DL Date Sampled: 03/06/06 Sample No.: 0005V Sta. From: 1520+06

Sta. To: 1413+10 Sampled By: L52416158 Unit of Measure TN Plant No.: A0591

Design Mix No.: SP05-4129A, SP05-4200A, SP04-3663A Intended Use R-1, L-1

**Pavement Information**
(Enter Only New Pavement Layers - Start With First Pavement Layer Placed)

| Milling Depth | Layer Number | Subgrade (If new) | Base (If new) | 1 | 2 |
|---|---|---|---|---|---|
| | Layer Code | STAB | SP125C | ARMI | SP125C |
| 2.5 in. | Approx. Thickness in/mm | 12.0 in. | 6.0 in | .50 in. | 1.5 in. |

| Layer Number | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|
| Layer Code | SP95C | FC5 | | | |
| Approx. Thickness in/mm | 1.0 in. | .75 in. | | | |

Remarks: SB widening ends

Entered 3-23-06

Sheet 6c

RURAL RESURFACING DETAIL
NORTHBOUND ROADWAY
(MIRROR FOR SOUTHBOUND ROADWAY)
STA. 1399+46.14 TO STA. ~~1500+60.00~~ 1520+06
* RURAL SECTION CROSS SLOPE = 0.02 MIN.
N.T.S.

URBAN RESURFACING DETAIL
NORTHBOUND ROADWAY
(MIRROR FOR SOUTHBOUND ROADWAY)
STA. ~~1500+60.00~~ 1520+06 TO STA. 1572+18.63
STA. 1572+18.63 (BK) = STA. 130+85.89 (AH)
STA. 130+85.89 TO STA. 207+43.53
N.T.S.

MEDIAN WIDENING DETAIL (NORTHBOUND)
SR 21
STA. 1415+43.50 TO STA. 1418+58.72
N.T.S.

SIDESTREET DETAIL
N.T.S.

* SIDESTREETS SHALL BE MILLED AND RESURFACED TO RIGHT OF WAY UNLESS EXISTING PAVT. ENDS PREVIOUS TO RIGHT OF WAY. ~~IN THIS CASE, MILL AND RESURFACE TO EDGE OF EXISTING PAVEMENT.~~
SEE SHEET #5 FOR MILLING & RESURFACING CRITERIA.

RURAL TURN LANE DETAIL
(NORTHBOUND & SOUTHBOUND)
SR 21
N.T.S.

MILLING (TURN LANE)

MILL EXISTING ASPHALT PAVEMENT (2" AVG. DEPTH)

RESURFACING

TYPE SP STRUCTURAL COURSE (TRAFFIC C) (2½")
FRICTION COURSE FC-5 (¾") (RUBBER)

FEATHERING DETAIL
(MAINLINE PROFILE VIEW)

FEATHERING TO BE DONE AT THE FOLLOWING LOCATIONS:
BEGIN PROJECT, STA. 1399+46.14 TO STA. 1415+60.85
AND STA. ~~1500+00.00 TO STA. 1500+60.00~~

MILLING 1519+56 to 1520+06

URBAN TURN LANE DETAIL
(NORTHBOUND & SOUTHBOUND)
SR 21
N.T.S.

MILLING (TURN LANE)

MILL EXISTING ASPHALT PAVEMENT (3½" AVG. DEPTH)

RESURFACING

* TYPE SP STRUCTURAL COURSE (TRAFFIC C) (2")
FRICTION COURSE FC-12.5 (1½") (RUBBER)

* NO VIBRATORY ROLLERS WILL BE ALLOWED.

| REVISIONS | | | | | |
|---|---|---|---|---|---|
| DATE | BY | DESCRIPTION | DATE | BY | DESCRIPTION |

DRMP

| STATE OF FLORIDA DEPARTMENT OF TRANSPORTATION | | |
|---|---|---|
| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
| SR 21 | CLAY | 208111-2-52-01 |

SR 21
TYPICAL SECTION DETAILS

SHEET NO. 6

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

\2081112\roadway\typsrd01.dgn 10/19/2004 10:23:11 AM

700-050-12
CONSTRUCTION
02/04

State Of Florida Department Of Transportation

Roadway - As-Built Pavement Data (LIMS)
Date 3/21/06 Page No. 3 of 75 | LIMS ID 06000022195

Project ID.: 208111-2-52-01 | Pay Item No.: 2-999-2 | Material ID.: PROABS
Level of Testing: V | Material ID (On Spec): | Sample Level: V | Manfr or Prod: Anderson Columbia
Destination LabID: ~~E0220~~ ED2002 DL | Date Sampled: 02/10/06 | Sample No.: 0003V | Sta. From: 1572+18
Sta. To: 1520+06 | Sampled By: L52416158 | Unit of Measure TN | Plant No.: A0691
Design Mix No.: SP05-4129A, SP04-3415A | Intended Use R-1, L-1, R-2, L-2

Pavement Information
(Enter Only New Pavement Layers - Start With First Pavement Layer Placed)

| Milling Depth | Layer Number | Subgrade (If new) | Base (If new) | 1 | 2 |
|---|---|---|---|---|---|
| | Layer Code | ST40 | SP125C | SP125C | FC125 |
| 3.5 in. | Approx. Thickness in./mm | 6.0 in. | 5.0 in | 2.0 in. | 1.5 in. |

| Layer Number | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|
| Layer Code | | | | | |
| Approx. Thickness In./mm | | | | | |

Remarks: Widening SB turn lane 1545+25 to 1542+00
Equation 130+85 = 1572+18

Entered 3-23-05 (initials)

700-050-12
CONSTRUCTION
02/04

State Of Florida Department Of Transportation

Roadway - As-Built Pavement Data (LIMS)
Date 3/21/06 Page No. 4 of 75 | LIMS ID 06000022197

Project ID.: 208111-2-52-01 | Pay Item No.: 2-999-2 | Material ID.: PROABS
Level of Testing: V | Material ID (On Spec): | Sample Level: V | Manfr or Prod: Anderson Columbia
Destination LabID: ~~E0220~~ ED2002 DL | Date Sampled: 03/06/06 | Sample No.: 0004V | Sta. From: 1520+06
Sta. To: 1413+10 | Sampled By: L52416158 | Unit of Measure TN | Plant No.: A0691
Design Mix No.: SP05-4129A, SP05-4200A, SP04-3663A | Intended Use R-1, L-1, R-2, L-2

Pavement Information
(Enter Only New Pavement Layers - Start With First Pavement Layer Placed)

| Milling Depth | Layer Number | Subgrade (If new) | Base (If new) | 1 | 2 |
|---|---|---|---|---|---|
| | Layer Code | STAB | SP125C | ARMI | SP125C |
| 2.5 in. | Approx. Thickness in./mm | 12.0 in. | 5.0 in | .50 in. | 1.5 in. |

| Layer Number | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|
| Layer Code | SP95C | FC5 | | | |
| Approx. Thickness In./mm | 1.0 in. | .75 in. | | | |

Remarks: SB widening begins 1419+40, NB widening begins 1415+43 to 1418+58
Four lane ends 1419+40

Entered 03-26-06 (initials)
Sheet 6b

700-050-12
CONSTRUCTION
02/04

State Of Florida Department Of Transportation

Roadway - As-Built Pavement Data (LIMS)
Date 3/21/06 Page No. 1 of 75

LIMS ID D600D22132

Project ID.: 208111-2-52-01 | Pay Item No.: 2-999-2 | Material ID.: PROABS

Level of Testing: V | Material ID (On Spec): | Sample Level: V | Manf or Prod: Anderson Columbia

Destination LabID: E0220 ED2002 | Date Sampled: 02/10/06 | Sample No.: 0001V | Sta. From: 205+16

Sta. To: 160+11 | Sampled By: L62416158 | Unit of Measure TN | Plant No.: A0691

Design Mix No.: SP05-4129A, SP04-3415A | Intended Use R-1, L-1, R-2, L-2

Pavement Information
(Enter Only New Pavement Layers - Start With First Pavement Layer Placed)

| Milling Depth | Layer Number | Subgrade (If new) | Base (If new) | 1 | 2 |
|---|---|---|---|---|---|
| | Layer Code | | | SP125C | FC125 |
| 3.5 in. | Approx. Thickness in./mm | | | 2.0 in. | 1.5 in. |

| Layer Number | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|
| Layer Code | | | | | |
| Approx. Thickness in./mm | | | | | |

Remarks: Station 160+11 begins bridge

SCANNED 1C/3]11 (Pgs. 1-7)

Entered 3-23-06

---

700-050-12
CONSTRUCTION
02/04

State Of Florida Department Of Transportation

Roadway - As-Built Pavement Data (LIMS)
Date 3/21/06 Page No. 2 of 75

LIMS ID D600D22133

Project ID.: 208111-2-52-01 | Pay Item No.: 2-999-2 | Material ID.: PROABS

Level of Testing: V | Material ID (On Spec): | Sample Level: V | Manf or Prod: Anderson Columbia

Destination LabID: E0220 ED2002 | Date Sampled: 02/10/06 | Sample No.: 0002V | Sta. From: 155+79

Sta. To: 130+85 | Sampled By: L62416158 | Unit of Measure TN | Plant No.: A0691

Design Mix No.: SP05-4129A, SP04-3415A | Intended Use R-1, L-1, R-2, L-2

Pavement Information
(Enter Only New Pavement Layers - Start With First Pavement Layer Placed)

| Milling Depth | Layer Number | Subgrade (If new) | Base (If new) | 1 | 2 |
|---|---|---|---|---|---|
| | Layer Code | | | SP125C | FC125 |
| 3.5 in. | Approx. Thickness in./mm | | | 2.0 in. | 1.5 in. |

| Layer Number | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|
| Layer Code | | | | | |
| Approx. Thickness in./mm | | | | | |

Remarks: Equation 130+85 = 1572+18
Station 155+79 end bridge

Entered 3-23-06

Sheet LoA

# SUMMARY OF MITERED END SECTIONS

| LOCATION | | SIDE | PIPE LENGTH (LF) | | | | | | GRATE REPLACEMENT (EA) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | STATION | | 18" | MES (EA) | 19"X30" | MES (EA) | 30" | MES (EA) | 30" MES | 34"x53" MES |
| P | 1405+51.10 | RT | | | | 1 | | | | |
| F | | | | | | | | | | |
| P | 1406+31.72 | RT | | | | 1 | | | | |
| F | | | | | | | | | | |
| P | 1412+40.45 | RT | | | | | | 1 | | |
| F | | | | | | | | | | |
| P | 1413+17.50 | RT | | | | | | 1 | | |
| F | | | | | | | | | | |
| P | 1415+85.00 | RT | | | | | | 1 | | |
| F | | | | | | | | | | |
| P | 1418+00.00 | RT | 12 | 1 | | | | | | |
| F | | | | | | | | | | |
| P | 1443+44.00 | LT | | | | | | | 1 | |
| F | | | | | | | | | | |
| P | 1461+08.00 | LT | | | | | | | 1 | |
| F | | | | | | | | | | |
| P | 1478+71.00 | LT | | | | | | | 1 | |
| F | | | | | | | | | | |
| P | 1487+27.00 | LT | | | | | | | 1 | |
| F | | | | | | | | | | |
| P | 1496+35.00 | LT | | | | | | | 1 | |
| F | | | | | | | | | | |
| P | 1525+65.00 | RT | | | | | | | | 1 |
| F | | | | | | | | | | |

* ALL DRAINAGE STRUCTURES NOT LOCATED IN PLANS ARE APPROXIMATE AND MUST BE FIELD VERIFIED.

## LOCATION OF SIDEWALK (4" CONC.)

| | STATION | SIDE | | LENGTH (LF) |
|---|---|---|---|---|
| P | 1509+30 | RT | | 10 |
| F | | | | |
| P | 1551+25 | RT | CR-20 | |
| F | | | | |
| P | 1554+70 | LT | | 10 |
| F | | | | |
| P | 136+00 | LT | | 10 |
| F | | | | |
| P | 143+00 | LT | | 10 |
| F | | | | |
| P | 153+67 | RT | | 20 |
| F | | | | |

NOTE: ALL SIDEWALK STATIONS ARE APPROXIMATE. CONTRACTOR SHALL FIELD VERIFY LOCATIONS.

F 1504+46 to 1510+61 Rt 595'

## LOCATION OF DRIVEWAYS (6" CONC.)

| STATION | SIDE |
|---|---|
| 1527+60 | LT |
| | |
| 154+07 | RT |
| | |

NOTE: ALL DRIVEWAY STATIONS ARE APPROXIMATE. CONTRACTOR SHALL FIELD VERIFY LOCATIONS.

# LOCATION OF ROCK BAGS

| LOCATION | SIDE | FIELD BOOK REFERENCE |
|---|---|---|
| | | |
| | | |
| CR 218 TO PARSONAGE RD | LT/RT | LS Project |
| PARSONAGE RD TO MAIN ST | LT/RT | |
| MAIN ST TO EVERETT AVE | LT/RT | |
| EVERETT AVE TO SECTION ST | LT/RT | |
| SECTION ST TO SCENIC DR | LT/RT | |
| SCENIC DR TO PALMETTO ST | LT/RT | |
| PALMETTO ST TO LONG BAY RD | LT/RT | |
| LONG BAY RD TO PAVT. BREAK | LT/RT | |

NOTE: 20 ROCK BAGS PER CURB INLET INCLUDED.

# LOCATION OF BALED HAY

| STA. | SIDE | FIELD BOOK REFERENCE | STA. | SIDE | FIELD BOOK REFERENCE |
|---|---|---|---|---|---|
| DITCH LOCATIONS | | | INLET LOCATIONS (CONT'D) | | |
| 1402+00 | L/R | | 1413+76.50 | RT | LS Project |
| 1405+00 | LT | | 1415+85 | RT | |
| 1409+00 | RT | | 1448+00 | RT | |
| 1411+00 | LT | | 1424+80 | M | |
| 1414+00 | LT | | 1437+24 | M | |
| 1417+00 | L/R | | 1445+34 | M | |
| 1419+00 | L/R | | 1450+60 | M | |
| 1420+40 | RT | | 1457+24 | M | |
| 1422+00 | L/R | | 1465+49 | M | |
| 1448+00 | LT | | 1472+00 | M | |
| 1449+00 | RT | | 1486+64 | M | |
| 1454+00 | L/R | | 1493+74 | M | |
| | | | 1501+64 | M | |
| INLET LOCATIONS | | | 1508+74 | M | |
| 1405+51.10 | RT | | 1515+74 | M | |
| 1406+31.62 | RT | | 1519+49 | M | |
| 1412+40.45 | RT | | | | |

# LOCATION OF STAKED SILT FENCE

| LOCATION / STA. TO STA. | SIDE | FIELD BOOK REFERENCE |
|---|---|---|
| CONC. DITCH PAVEMENT LOCATIONS | | LS Project |
| 1406+00 TO 1411+00 | LT | |
| 1448+10 TO 1448+70 | RT | |
| GUARDRAIL LOCATIONS | | |
| 1447+82 TO 1448+14 | RT | |
| 1448+14 TO 1452+58 | RT | |
| 1448+00 TO 1453+68 | LT | |
| PAVT WIDENING LOCATIONS | | |
| 1399+46 TO 1406+00 | LT | |
| 1411+00 TO 1419+00 | LT | |

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 60S-23.003, F.A.C.

| REVISIONS | | | | | |
|---|---|---|---|---|---|
| DATE | BY | DESCRIPTION | DATE | BY | DESCRIPTION |

DRMP

| STATE OF FLORIDA DEPARTMENT OF TRANSPORTATION | | |
|---|---|---|
| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
| SR 21 | CLAY | 208111-2-52-01 |

SR 21
SUMMARY OF QUANTITIES

SHEET NO. 7

# SUMMARY OF CURB CUT RAMPS

| LOCATION | SIDE | TYPE CR-4 P | TYPE CR-4 F | TYPE CR-21 P | TYPE CR-21 F | TYPE CR-26 P | TYPE CR-26 F | REMARKS | FIELD BOOK |
|---|---|---|---|---|---|---|---|---|---|
| LONGBAY RD | NW | | | 1 | | | | | LS Project |
| | SW | | | 1 | | | | | |
| PALMETTO ST | SW | 1 | | | | | | | |
| SCENIC DR | NW | | | 1 | | | | | |
| | SW | | | 1 | | | | | |
| WENDY'S DWY | NW | | | 1 | | | | | |
| | SW | | | 1 | | | | | |
| WENDY'S/MIDDLEBURG ELEM X-WALK. | SW | 1 | | | | | | | |
| MEDIAN (WENDY'S/MIDDLEBURG ELEM) | MED | | | | | | | * SEE NOTE #5 | |
| EVERETT AVE | NW | | | 1 | | | | | |
| | SW | | | 1 | | | | | |
| EVERETT AVE X-WALK | W/MED | 1 | | | | | | * SEE NOTE #5 | |
| CHARLSEE LN | NW | | | 1 | | | | | |
| | SW | | | 1 | | | | | |
| PUBLIX DWY NORTH | NW | | | 1 | | | | | |
| | SW | | | 1 | | | | | |
| PUBLIX DWY SOUTH | NW | | | 1 | | | | | |
| | SW | | | 1 | | | | | |
| CR 218 | NW | | | | | 1 | | * SEE NOTE #5 | |
| | SW | | | | | 1 | | | |
| QUICK STOP DWY NORTH | NW | | | 1 | | | | | |
| | SW | | | 1 | | | | | |
| QUICK STOP DWY SOUTH | NW | | | 1 | | | | | |
| | SW | | | 1 | | | | | |
| JIFFY LUBE DWY SOUTH | NW | | | 1 | | | | | |
| | SW | | | 1 | | | | | |
| WINN DIXIE DWY NORTH | NW | | | 1 | | | | | |
| | SW | | | 1 | | | | | |
| WINN DIXIE DWY SOUTH | NW | | | 1 | | | | | |
| | SW | | | 1 | | | | | |

| LOCATION | SIDE | TYPE CR-4 P | TYPE CR-4 F | TYPE CR-21 P | TYPE CR-21 F | TYPE CR-26 P | TYPE CR-26 F | REMARKS | FIELD BOOK |
|---|---|---|---|---|---|---|---|---|---|
| HALPERNS WAY | SE | | | 1 | | | | | |
| | NE | | | 1 | | | | | |
| TIRE KINGDOM DWY | SE | | | 1 | | | | | |
| | NE | | | 1 | | | | | |
| WALGREENS DWY | SE | | | 1 | | | | | |
| | NE | | | 1 | | | | | |
| CR 218 | SE | 1 | | | | 1 | | | |
| | NE | | | 1 | | | | | |
| PARSONAGE RD | SE | | | 1 | | | | | |
| | NE | | | 1 | | | | | |
| MAIN ST | SE | | | 1 | | | | | |
| | NE | | | | | | | * SEE NOTE #3 | |
| EVERETT AVE | SE | | | | | 1 | | | |
| | NE | | | 1 | | | | | |
| MIDDLEBURG ELEM DWY | SE | | | 1 | | | | | |
| | NE | | | 1 | | | | | |
| SECTION ST | SE | | | 1 | | | | | |
| | NE | | | 1 | | | | | |
| MCDONALDS DWY | SE | | | 1 | | | | | |
| | NE | | | 1 | | | | | |
| PALMETTO ST | SE | | | | | 1 | | * SEE NOTE #5 | |
| | NE | | | 1 | | | | | |
| AMOCO/BP DWY | SE | | | 1 | | | | | |
| | NE | | | 1 | | | | | |
| EMPTY LOT DWY SOUTH OF BRIDGE | SE | | | 1 | | | | | |
| | NE | | | 1 | | | | | |
| LEE DR SOUTH | SE | | | 1 | | | | | |
| | NE | | | 1 | | | | | |
| LEE DR NORTH | SE | | | 1 | | | | | |
| | NE | | | 1 | | | | | |
| BUSH THOMPSON DWY | SE | | | 1 | | | | | |
| | NE | | | 1 | | | | | |

CURB CUT RAMP NOTES:

1. ALL SIDEWALK WIDTHS ON WEST SIDE OF ROAD ARE 5' IN WIDTH. ALL SIDEWALK WIDTHS ON EAST SIDE OF ROAD ARE 8'.
2. CONTRACTOR SHALL ADJUST LIGHTING AND SIGNALIZATION PULL BOXES TO GRADE WHEN LOCATED WITHIN LIMITS OF NEW CURB CUT RAMPS.
3. CURB RAMP AT THE NORTHEAST CORNER OF MAIN STREET SHALL NOT BE REPLACED. INSTEAD THE CONTRACTOR SHALL APPLY A DETECTABLE WARNING SURFACE TO CURB RAMPS IN ACCORDANCE WITH DESIGN STANDARDS 304 AND 310 AND SPECIFICATION 527. THE PREFERRED MATERIAL OPTIONS FOR THIS DETECTABLE SURFACE ARE CERAMIC TILE, THERMOPLASTIC MATS OR COMPOSITE MATS.
4. ANY REPLACEMENTS OF SIDEWALK CURB CUT RAMPS SHALL BE CONSTRUCTED IN ACCORDANCE WITH FDOT DESIGN STANDARDS 2004 INDEX 304.
5. MEDIAN CROSSWALKS SHALL BE CONSTRUCTED AS REQUIRED IN 2004 DESIGN STANDARDS INDEX NO. 304 SHEET 5 OF 5.

| REVISIONS | | | | | |
|---|---|---|---|---|---|
| DATE | BY | DESCRIPTION | DATE | BY | DESCRIPTION |

DRMP

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
|---|---|---|
| SR 21 | CLAY | 208111-2-52-01 |

SR 21
SUMMARY OF QUANTITIES

SHEET NO. 8

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

CURVE CL-1
PI STA. = 1407+92.27
Delta = 1° 42' 39" (RT)
D = 1° 00' 00"
T = 85.55
L = 171.08
R = 5,729.69
PC STA. = 1407+06.72
PT STA. = 1408+77.80
e = 0.026

CURVE CL-2
PI STA. = 1426+37.29
Delta = 32° 25' 50" (RT)
D = 1° 03' 10"
T = 1,582.57
L = 3,080.18
R = 5,441.82
PC STA. = 1410+54.72
PT STA. = 1441+34.90
e = 0.030

CURVE CL-3
PI STA. = 1473+17.25
Delta = 9° 03' 00" (RT)
D = 0° 29' 52"
T = 910.84
L = 1,817.90
R = 11,509.15
PC STA. = 1464+06.41
PT STA. = 1482+24.31
e = NC

BEGIN PROJECT STA. 1399+45.14

FOR AREAS NOT DEPICTED ON PLAN SHEETS REFER TO THE TYPICAL SECTIONS.

CURVE CL-5
PI STA. = 1563+59.73
Delta = 47° 15' 00" (LT)
D = 2° 35' 00"
T = 970.13
L = 1,829.03
R = 2,217.90
PC STA. = 1553+89.60
PT STA. = 1572+18.63
e = NC

CURVE CL-6
PI STA. = 195+16.54
Delta = 36° 37' 02" (RT)
D = 1° 29' 55"
T = 1,265.04
L = 2,443.38
R = 3,823.20
PC STA. = 182+51.50
PT STA. = 206+94.88
e = NC

CURVE CL-4
PI STA. = 1537+41.49
Delta = 21° 51' 21" (RT)
D = 0° 48' 10"
T = 1,378.03
L = 2,722.56
R = 7,137.27
PC STA. = 1523+63.46
PT STA. = 1550+86.02
e = NC

EQUATION: Sta 1572+18.63 BK, Sta 130+85.89 AH

BEGIN BRIDGE STA 155+99.23

END BRIDGE STA. 159+91.53

END PROJECT STA. 207+43.53

| DATE | BY | DESCRIPTION | DATE | BY | DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | |

REVISIONS

DRMP

STATE OF FLORIDA DEPARTMENT OF TRANSPORTATION

| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
|---|---|---|
| SR 21 | CLAY | 208111-2-52-01 |

SR 21
PROJECT LAYOUT

SHEET NO. 9

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

BEGIN PROJECT
BEGIN WIDENING
BEGIN PAVT. TAPER
BEGIN MILLING & RESURFACING
BEGIN CONST. LEFT SHLDR. TAPER
STA. 1399+46.14

+46.14, 13.16' (LT)

END CONST. SHLDR TAPER
BEGIN CONST. 5' PAVED SHLDR.
(FULL DEPTH)
+56.44, 18.26' (LT)

REMOVE EXIST. PAVT.

WETLAND LINE

TO REMAIN

R/W LINE

EXIST. CONC. DITCH PAVT. TO REMAIN

℄ CONST. & ℄ SURVEY

SAWCUT

MILL & RESURFACE

N 0° 39' 32" E

1398 1399 1400 1401 1402 1403 1404

6' SHLDR.

CONST. 5' PAVED. SHLDR. (FULL DEPTH)

WIDENING

31.66'
5.90'
12.30'
12.31'
3.29'
34.54'
3.35'
3.57'
12.16'
3.65'

1" = 50'

WIDENING

0 10 50 Feet

| REVISIONS | | | | | |
|---|---|---|---|---|---|
| DATE | BY | DESCRIPTION | DATE | BY | DESCRIPTION |

DRMP

| STATE OF FLORIDA DEPARTMENT OF TRANSPORTATION | | |
|---|---|---|
| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
| SR 21 | CLAY | 208111-2-52-01 |

SR 21
PLAN SHEET

SHEET NO. 11

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

* CONTRACTOR SHALL CONSTRUCT NEW DITCH PAVEMENT AT SAME ELEVATION AS EXISTING DITCH.

1" = 50'

CURVE CL-1
PI STA. = 1407+92.27
Delta = 1° 42' 39" (RT)
D = 1° 00' 00"
T = 85.55
L = 171.08
R = 5,729.69
PC STA. = 1407+06.72
PT STA. = 1408+77.80
e = 0.026

CURVE CL-2
PI STA. = 1426+37.29
Delta = 32° 25' 50" (RT)
D = 1° 03' 10"
T = 1,582.57
L = 3,080.18
R = 5,441.62
PC STA. = 1410+54.72
PT STA. = 1441+34.90
e = 0.030

WIDENING

0 10 50
Feet

| REVISIONS | | | | | |
|---|---|---|---|---|---|
| DATE | BY | DESCRIPTION | DATE | BY | DESCRIPTION |

DRMP

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
|---|---|---|
| SR 21 | CLAY | 208111-2-52-01 |

SR 21
PLAN SHEET

SHEET NO. 12

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

(S-1) STA. 1413+76.50, 4.65' RT.
CONST. TYPE C INLET
(DOUBLE TRAVERSABLE SLOTS)
INDEX 232
GRATE EL. 73.40
FL. EL. (CONTRACTOR TO FIELD VERIFY)

Deleted

CONST. 6' SHLDR.
CONST. 5' PAVED SHLDR.
WIDENING
REMOVE EXIST. PAVT.
EXIST. CONC. DITCH PAVT. TO REMAIN
WETLAND LINE
BEGIN FULL DEPTH PAVED SHLDR. 1418+00.00
R/W LINE
TO REMAIN
REMOVE EXIST. INLET
CONST. 2' PAVED SHLDR.
SAWCUT
℄ CONST. & ℄ SURVEY
MILL & RESURFACE
REGRADE DITCH
CURVE CL-2
CUT EXIST. PIPE TO FIT
BEGIN WIDENING +43.50, 16.61' (RT)
END WIDENING +50.72, 8.00' (RT)
L = 264.82'
R = 5434'
DELTA = 2.28°
GRASS DWY.
CONC. DWY.
CONST. MES (SD, 1:4)
POINSETTA AVE. (DIRT)
30" RCP

CURVE CL-2
PI STA. = 1426+37.29
Delta = 32° 25' 50" (RT)
D = 1° 03' 10"
T = 1,582.57
L = 3,000.18
R = 5,441.82
PC STA. = 1410+54.72
PT STA. = 1441+34.90
e = 0.030

AS-BUILT
[signature]
FL PE 35623
5/10/06

1" = 50'
0 10 50 Feet
WIDENING

REVISIONS

| DATE | BY | DESCRIPTION | DATE | BY | DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | |

DRMP
DYER, RIDDLE, MILLS & PRECOURT, INC.
1505 E. COLONIAL DRIVE
ORLANDO, FLORIDA 32803

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
|---|---|---|
| SR 21 | CLAY | 208111-2-52-01 |

SR 21
PLAN SHEET

SHEET NO. 13

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

CURVE CL-2
PI STA. = 1425+37.29
Delta = 32° 25' 50" (RT)
D = 1° 03' 10"
T = 1,582.57
L = 3,080.18
R = 5,441.02
PC STA. = 1410+54.72
PT STA. = 1441+34.90
e = 0.030

| REVISIONS | | | | | |
|---|---|---|---|---|---|
| DATE | BY | DESCRIPTION | DATE | BY | DESCRIPTION |

DRMP

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
|---|---|---|
| SR 21 | CLAY | 208111-2-52-01 |

SR 21
PLAN SHEET

SHEET NO. 14

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

EXIST. CONC. DITCH PAVT. TO REMAIN

WETLAND LINE

CONST. 4' MISC. ASPH.

MILL CREEK

R/W LINE

EXIST. GUARDRAIL TO BE REMOVED

CONST. TYPE II END ANCHORAGE

STR. CONC. ENDWALL (TO REMAIN)

CONST. GUARDRAIL

CONST. FLARED END ANCHORAGE

MILL & RESURFACE

CONST. 2' PAVED SHLDR.

℄ CONST. & ℞ SURVEY

1447 1448 1449 1450 1451 1452 1453 1454

N 34° 45' 02" E

(2) 7'x10' CONC. BOX CULV.

SEE INDEX NO. 480 SHEET 3

BROKEN ASPH. DRY.

32' R

EXIST MES TO BE REMOVED

EXIST. 45"x29" RCP TO BE REMOVED

CONST. CONC. DITCH REGRADE TO MATCH EXIST.

CONST. MES (SD, 1:4)

CONST. TYPE CRT END ANCHORAGE

EXIST. CONC. DITCH PAVT. TO BE REMOVED

CONST. 12' OF 18" RCP CONNECT TO EXIST. PIPE USING CONC. COLLAR

EXIST. BARBED WIRE FENCE TO REMAIN

SECTION A-A

NOTE: SEE SHEET T-6 FOR DETAILS OF TRAFFIC MONITORING SYSTEM.

1" = 50'

0 10 50 Feet

| REVISIONS | | | | | |
|---|---|---|---|---|---|
| DATE | BY | DESCRIPTION | DATE | BY | DESCRIPTION |

DRMP

STATE OF FLORIDA DEPARTMENT OF TRANSPORTATION

| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
|---|---|---|
| SR 21 | CLAY | 208111-2-52-01 |

SR 21
PLAN SHEET

SHEET NO. 15

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

/2081112/roadway/planrd05.dgn 10/19/2004 10:35:39 AM

NOTE: SEE SHEET T-6 FOR DETAILS OF TRAFFIC MONITORING SYSTEM.

MILL CREEK

EXIST. CONC. DITCH PAVT. TO REMAIN

WETLAND LINE

R/W LINE

EXIST. GUARDRAIL TO BE REMOVED

CONST. TYPE II END ANCHORAGE

STA. 1449+30 INV. EL. 43.82

CONST. MISC. ASPH.

BEGIN SPECIAL DITCH LT. STA. 1450+40 INV. EL. 42.55

BEGIN SPECIAL DITCH LT. STA. 1449+10 INV. EL. 44.33

END SPECIAL DITCH LT. STA. 1449+50 INV. EL. 43.31

MILL & RESURFACE

CONST. 2' PAVED SHLDR.

STA. 1450+70 INV. EL. 42.16

STA. 1451+00 INV. EL. 42.02

END SPECIAL DITCH LT. STA. 1451+60 INV. EL. 41.65

CONST. CONCRETE FLUME

CONNECT TO EXIST. DITCH PAVEMENT MATCH ALL EDGES

CONST. CONCRETE FLUME

BEGIN SPECIAL DITCH LT. STA. 1453+20 INV. EL. 41.91

STA. 1453+40 INV. EL. 42.08

END SPECIAL DITCH LT. STA. 1454+00 INV. EL. 42.28

CONST. FLARED END ANCHORAGE

1447 1448 1449 1450 1451 1452 1453 1454

℄ CONST. & ℞ SURVEY

N 34° 45' 02" E

BEGIN SPECIAL DITCH RT. STA. 1449+10 INV. EL. 44.21

STA. 1449+50 INV. EL. 46.63

CONST. GUARDRAIL

END SPECIAL DITCH RT. STA. 1449+70 INV. EL. 43.41

BEGIN SPECIAL DITCH RT.

STA. 1451+50 INV. EL. 41.47

STA. 1452+30 INV. EL. 41.59

CONST. TYPE II END ANCHORAGE

END SPECIAL DITCH RT. STA. 1452+50 INV. EL. 41.70

CONNECT TO EXIST. DITCH PAVEMENT MATCH ALL EDGES

CONST. 10'x5' BACK SPLASH CONCRETE DITCH PAVEMENT

EXIST. GUARDRAIL TO BE REMOVED

EXIST. BARBED WIRE FENCE TO REMAIN

SEE INDEX NO. 400 SHEET 21

BROKEN ASPH. DRY.

32' R

CONST. TYPE CRT END ANCHORAGE

EXIST. MES TO BE REMOVED

CONST. MES 15D, 1:4)

EXIST. CONC. DITCH PAVT. TO BE REMOVED

CONST. 12' OF 18" RCP CONNECT TO EXIST. PIPE USING CONC. COLLAR

CONST. CONC. DITCH REGRADE TO MATCH EXIST.

TYPICAL SECTION

EXIST. SHLDR. RESURFACED

MISC. ASPHALT

ASPHALTIC CONCRETE CURB INDEX 300

*TYPICAL VARIES SEE SPOT ELEVATIONS

AT FLUME

CONC. FLUME

CONCRETE FLUME / DITCH PAVEMENT TYPICAL SECTION

SECTION B - B

SECTION A-A

1" CONC. DITCH

| REVISIONS | | | | | |
|---|---|---|---|---|---|
| DATE | BY | DESCRIPTION | DATE | BY | DESCRIPTION |
| 09/31/05 | JTD | △ ADDED CONC. FLUME / MISC. ASPHALT | | | |

DRMP

STATE OF FLORIDA DEPARTMENT OF TRANSPORTATION

| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
|---|---|---|
| SR 21 | CLAY | 208111-2-52-01 |

SR 21
PLAN SHEET

SHEET NO. 15

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

.../roadway/planrd06REV3.dgn 09/12/2005 02:25:05 PM

* MEDIAN CROSS WALKS SHALL BE CONSTRUCTED AS REQUIRED IN 2004 DESIGN STANDARDS INDEX 304 SHEET 5 OF 5.

CURVE CL-4
PI STA. = 1537+41.49
Delta = 21° 51' 21" (RT)
D = 0° 48' 10"
T = 1,378.03
L = 2,722.56
R = 7,137.27
PC STA. = 1523+63.46
PT STA. = 1550+86.02
e = NC

| REVISIONS | | | | | |
|---|---|---|---|---|---|
| DATE | BY | DESCRIPTION | DATE | BY | DESCRIPTION |
| | | | | | |

DRMP

| STATE OF FLORIDA DEPARTMENT OF TRANSPORTATION | | |
|---|---|---|
| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
| SR 21 | CLAY | 208111-2-52-01 |

SR 21
PLAN SHEET

SHEET NO. 16

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

R/W LINE

EXIST. 4" CHAIN LINK FENCE TO REMAIN

END WIDENING
END CONST. TYPE 'E' CURB & GUTTER
+25.00, 29.64'(LT)

CONST. CURB CUT RAMP TYPE CR-21

BEGIN WIDENING
BEGIN CONST. TYPE 'E' CURB & GUTTER
+00.00
17.04'(LT)

EXIST. CONC. SW TO REMAIN

MILL & RESURFACE

EXIST. TYPE E CURB & GUTTER TO REMAIN

1542 CURVE CL-4 1543 1544 1545 1546 1547

CONST. TYPE 'E' CURB & GUTTER

+75.00
17.67'(LT)

℄ CONST. & ℄ SURVEY

EXIST. TYPE F CURB & GUTTER TO REMAIN

CURVE CL-4
PI STA. = 1537+41.49
Delta = 21° 51' 21" (RT)
D = 0° 48' 10"
T = 1,378.03
L = 2,722.55
R = 7,137.27
PC STA. = 1523+63.46
PT STA. = 1550+86.02
e = NC

WIDENING

1" = 50'

0 10 50
Feet

| REVISIONS | | | | | |
|---|---|---|---|---|---|
| DATE | BY | DESCRIPTION | DATE | BY | DESCRIPTION |
| | | | | | |

DRMP

| STATE OF FLORIDA DEPARTMENT OF TRANSPORTATION | | |
|---|---|---|
| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
| SR 21 | CLAY | 208111-2-52-01 |

SR 21
PLAN SHEET

SHEET NO. 15a

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

../2081112/roadway/planrd07n.dgn 10/19/2004 10:40:29 AM

R/W LINE

MILL & RESURFACE

CONST. CURB CUT RAMP TYPE CR-4

CONST. CURB CUT RAMP TYPE CR-21

+30.80 73.13' (LT)

+70.67 91.65' (LT)

+18.59 121.06' (LT)

EVERETT AVE.

+43.11 97.88' (LT)

CONST. CURB CUT RAMP TYPE CR-21

PT STA. 1572+18.63

EXIST. CONC. SW. TO REMAIN

EXIST. TYPE E CURB & GUTTER TO REMAIN

EXIST. TYPE F CURB & GUTTER TO REMAIN

℄ CONST. & ℄ SURVEY

1567 1568 1569 1570 1571 1572 131 132

N 18° 24' 23" E

CURVE CL-5

TO REMAIN

CONST. CURB CUT RAMP TYPE CR-25

+96.49 73.23' (RT)

+12.03 88.40' (RT)

CONST. CURB CUT RAMP TYPE CR-21

EQUATION: Sta 1572+18.63 BK = Sta 130+85.89 AH

1" = 50'

CURVE CL-5
PI STA. = 1553+59.73
Delta = 47° 15' 00" (LT)
D = 2° 35' 00"
T = 970.13
L = 1,829.03
R = 2,217.90
PC STA. = 1553+89.60
PT STA. = 1572+18.63
e = NC

* MEDIAN CROSS WALKS SHALL BE CONSTRUCTED AS REQUIRED IN 2004 DESIGN STANDARDS INDEX 304 SHEET 5 OF 5.

0 10 50 Feet

| REVISIONS | | | | | |
|---|---|---|---|---|---|
| DATE | BY | DESCRIPTION | DATE | BY | DESCRIPTION |

DRMP

| STATE OF FLORIDA DEPARTMENT OF TRANSPORTATION | | |
|---|---|---|
| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
| SR 21 | CLAY | 208111-2-52-01 |

SR 21 PLAN SHEET

SHEET NO. 17

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

../208111/roadway/planrd08.dgn 10/19/2004 10:41:25 AM

R/W LINE
EXIST. CONC. SW TO REMAIN
EXIST. TYPE F CURB & GUTTER TO REMAIN
MILL & RESURFACE
CONST. CURB CUT RAMP TYPE CR-4
℄ CONST. & ℄ SURVEY
EXIST. TYPE E CURB & GUTTER TO REMAIN
CONST. CURB CUT RAMP TYPE CR-21
CONST. CURB CUT RAMP TYPE CR-26
WETLAND LINE
EXIST. 3' CONC. BARRIER WALL TO REMAIN
EXIST. GUARDRAIL TO REMAIN
EXIST. 4' CHAIN LINK FENCE TO REMAIN
BEGIN CONST. THRIE BEAM GUARDRAIL CONNECTION PER INDEX 400 STA. 155+57.98
CONST. CONC. SW
CONST. 6' CONC. DWY
PALMETTO ST.
AMOCO
150
151
152
153
154
155
1" = 50'
0 10 50
Feet

• MEDIAN CROSS WALKS SHALL BE CONSTRUCTED AS REQUIRED IN 2004 DESIGN STANDARDS INDEX 304 SHEET 5 OF 5.

| REVISIONS | | | | | |
|---|---|---|---|---|---|
| DATE | BY | DESCRIPTION | DATE | BY | DESCRIPTION |

DRMP

| STATE OF FLORIDA DEPARTMENT OF TRANSPORTATION | | | SR 21 PLAN SHEET | SHEET NO. |
|---|---|---|---|---|
| ROAD NO. | COUNTY | FINANCIAL PROJECT ID | | |
| SR 21 | CLAY | 208111-2-52-01 | | 18 |

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

../2081112/roadway/plan 10/19/2004 10:42:25 AM

* CONTRACTOR SHALL STOP MILLING OPERATIONS 6" PRIOR TO APPROACH SLABS.
** CONTRACTOR SHALL BEGIN MILLING OPERATIONS 6" AFTER APPROACH SLABS.

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

| REVISIONS | | | | | |
|---|---|---|---|---|---|
| DATE | BY | DESCRIPTION | DATE | BY | DESCRIPTION |

DRMP
DYER, RIDDLE, MILLS & PRECOURT, INC.

| STATE OF FLORIDA DEPARTMENT OF TRANSPORTATION | | | SR 21 PLAN SHEET | SHEET NO. |
|---|---|---|---|---|
| ROAD NO. | COUNTY | FINANCIAL PROJECT ID | | |
| SR 21 | CLAY | 208111-2-52-01 | | 19 |

../2081112/roadway/planrd11.dgn 10/19/2004 10:45:39 AM

WETLAND LINE

CONST. CURB CUT RAMP TYPE CR-21

R/W LINE

TO REMAIN

LONG BAY RD.

+52.40 124.31' (LT)

+67.09 105.56' (LT)

CONST. CURB CUT RAMP TYPE CR-21

+83.63 48.08' (LT)

R/W LINE

+32.04 48.16' (LT)

R/W LINE

TO REMAIN

EXIST. CONC. SW TO REMAIN

MILL & RESURFACE

EXIST. TYPE F CURB & GUTTER TO REMAIN

℄ CONST. & ℄ SURVEY

163 164 165 166 167 168

N 10° 24' 23" E

EXIST. TYPE E CURB & GUTTER TO REMAIN

24" RCP

+92.39 37.46' (RT)

+80.17 37.58' (RT)

+39.50 36.37' (RT)

+32.99 37.63' (RT)

CONST. CURB CUT RAMP TYPE CR-21

+89.30 60.00' (RT)

+59.31 60.00' (RT)

WETLAND LINE

LEE DR. S.

LEE DR. N.

1" = 50'

0 10 50 Feet

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

| REVISIONS | | | | | |
|---|---|---|---|---|---|
| DATE | BY | DESCRIPTION | DATE | BY | DESCRIPTION |

DRMP

| STATE OF FLORIDA DEPARTMENT OF TRANSPORTATION | | |
|---|---|---|
| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
| SR 21 | CLAY | 208111-2-52-01 |

SR 21
PLAN SHEET

SHEET NO. 20

../2081112/roadway/planrd12.dgn 10/19/2004 10:48:05 AM

# STATE OF FLORIDA
# DEPARTMENT OF TRANSPORTATION
# MATERIALS AND RESEARCH

FINACIAL PROJECT ID. : 208111-2-52-01

DATE OF SURVEY : 9-23-03
SURVEY MADE BY : WILSON
SUBMITTED BY : B. PRAKASH

DISTRICT : 2
ROAD NO : SR 21
COUNTY : CLAY

## CROSS SECTION SOIL SURVEY FOR THE DESIGN OF ROADS

EMBANKMENT AND SUBGRADE MATERIAL
STRATA BOUNDARIES ARE APPROXIMATE MAKE FINAL CHECK AFTER GRADING
▽ - WATER TABLE WHERE ENCOUNTERED

| STRATUM NO. | L.B.R. TEST | | PERMEABILITY TEST | | ORGANIC CONTENT | | | SIEVE ANALYSIS RESULTS % PASS | | | | | | ATTERBERG LIMITS (%) | | | | DESCRIPTION OF STRATA | CORROSION TEST RESULTS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NO. OF TESTS | L.B.R. VALUE | NO. OF TESTS | LAB PERM. (cm/day) | NO. OF TESTS | % ORGANIC | MOISTURE CONTENT | NO. OF TESTS | 10 MESH | 40 MESH | 60 MESH | 100 MESH | 200 MESH | NO. OF TESTS | LIQUID LIMIT | PLASTIC INDEX | AASHTO GROUP | | NO. OF TESTS | pH | RESISTIVITY ohm-cm | CHLORIDE ppm | SULFATES ppm |
| 1 | - | - | - | - | - | - | - | 3 | 100 | 99-100 | 97-98 | 45-50 | 6-7 | 3 | NP | NP | A-3 | YELLOW GRAY SAND | 3 | 6.28 | 290,000 | 120 | 19.5 |
| 2 | - | - | - | - | - | - | - | 3 | 100 | 99-100 | 99-100 | 78-84 | 34-53 | 3 | 37-44 | 19-27 | A-2-6, A-6, A-7-6 | YELLOW GRAY CLAYEY SAND | 3 | 5.7 | 10,000 | 120 | 71.1 |

NOTES :

THE MATERIAL FROM STRATUM NO. 1 IS SELECT MATERIAL AND APPEARS SATISFACTORY FOR USE IN THE EMBANKMENT WHEN USED IN ACCORDANCE WITH INDEX 505.

THE MATERIAL FROM STRATUM NO. 2 SHALL BE TREATED AS PLASTIC MATERIAL.

STRATA BOUNDARIES ARE APPROXIMATE AND REPRESENT SOIL STRATA AT EACH TEST HOLE LOCATION ONLY. STRATUM CONNECTING LINES ARE SHOWN FOR ESTIMATING EARTHWORK ONLY AND DO NOT INDICATE ACTUAL STRATUM LIMITS.

REMOVAL OF MUCK AND PLASTIC MATERIAL OCCURRING WITHIN THE ROADWAY SHALL BE ACCOMPLISHED IN ACCORDANCE WITH INDEX NO. 500 AND THE MATERIAL UTILIZED IN THE EMBANKMENT CONSTRUCTION SHALL BE IN ACCORDANCE WITH INDEX 505.

SOIL STRATA DESCRIPTIONS ARE ONLY FOR SOIL SAMPLES TAKEN FROM THE BORINGS SHOWN IN THESE PLANS AND ARE NOT TO BE CONSIDERED AS A GUARANTEE OF SOIL CONDITIONS OTHER THAN AT THE EXACT LOCATIONS OF THOSE BORINGS.

ALL TEST VALUES WERE OBTAINED FROM SAMPLES TAKEN FROM ONE OR MORE OF THE BORINGS AND ARE NOT INTENDED TO GUARANTEE ANY TEST VALUES OTHER THAN AN APPROXIMATION AT THE LOCATIONS OF THE BORINGS.

TEST VALUES SHOWN AS A RANGE OF VALUES MAY NOT INCLUDE THE HIGH AND/OR LOW VALUES FOR A SPECIFIC STRATUM. DURING THE PROCESS OF THE WORK, THE CONTRACTOR MIGHT ENCOUNTER SOILS HAVING TEST VALUES WHICH ARE HIGHER OR LOWER THAN THOSE TEST VALUES ABOVE. IF THERE ARE ANY QUESTIONS CONCERNING THE PREVAILING SUBSURFACE CONDITIONS, OR ANY OF THE TEST VALUES SHOWN FOR ANY SOIL STRATUM, IT IS THE RESPONSIBILITY OF THE INDIVIDUAL RAISING THE QUESTION TO PERFORM HIS OR HER OWN SUBSURFACE INVESTIGATION.

| REVISIONS | | | | | |
|---|---|---|---|---|---|
| DATE | BY | DESCRIPTION | DATE | BY | DESCRIPTION |

CHANDRA P. SAMAKUR, P.E.
P.E. LICENSE NUMBER 49075
DISTRICT GEOTECHNICAL ENGINEER
1109 SOUTH MARION AVE., MS 2011
LAKE CITY, FL 32025-5874

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
|---|---|---|
| 21 | CLAY | 208111-2-52-01 |

ROADWAY SOILS SURVEY

SHEET NO. 20A

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.