## SR 21
## CROSS SECTIONS

DRMP

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
|---|---|---|
| SR 21 | CLAY | 209114-2-52-01 |

SHEET NO. 2

SURVEY & CONSTR.

BEGIN PROJECT
BEGIN EXISTING
STA. 10591+06.4

CHANGED SHLDR. PVMT. DEPTH
TO BE SHOWN AS FULL DEPTH



NOTE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 90S-92001, F.A.C.

SR 21
CROSS SECTIONS

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

DRMP

| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
|---|---|---|
| SR 21 | CLAY | 209104-2-52-01 |

SHEET NO. 2



WHERE THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.004, F.A.C.



CROSS SECTIONS

SR 21

| | STATE OF FLORIDA | |
| | DEPARTMENT OF TRANSPORTATION | |
| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
| SR 21 | CLAY | 209111-2-52-01 |

DRMP

SHEET NO. 22

B/ SURVEY & E CONST.

B/ SURVEY & E CONST.

PROPOSED FILL

SCALE: HORIZ. 1" = 20'
SCALE: VERT. 1" = 5'

| | Regular Exc. | | Embankment | |
| | A | V | A | V |



SR 21
CROSS SECTIONS

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

REVISIONS

DRMP

SR 21
CROSS SECTIONS

NEITHER THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SEALED AND SEALED UNDER RULE 60G-B1201, F.A.C.

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
|---|---|---|
| SR 21 | CLAY | 209811-2-52-01 |

SHEET NO. 23

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G1-23.003, F.A.C.

# SR 21
## CROSS SECTIONS



**DRMP**

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
|----------|--------|----------------------|
| SR 21 | CLAY | 213811-3-52-01 |

SR 21
CROSS SECTIONS

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
|---|---|---|
| SR 21 | CLAY | 209III-2-52-01 |

NOTES: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

CROSS SECTIONS

SR 21

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
|---|---|---|
| SR 21 | CLAY | 209111-2-52-01 |

DRMP

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

CROSS SECTIONS

SR 21

| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
|---|---|---|
| SR 21 | CLAY | 210818-2-52-01 |

DRMP

REVISIONS

| DATE | DESCRIPTION |
|---|---|

SR 21

CROSS SECTIONS

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
|---|---|---|
| SR 21 | CLAY | 21810-2-52-01 |

DRMP

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G5-23.003, F.A.C.

| Regular Exc. | | Embankment | |
|---|---|---|---|
| A | V | A | V |

SHEET NO. 29

SR 21

CROSS SECTIONS

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
|---|---|---|
| SR 21 | CLAY | D3BMI-2-52-01 |

DRMP

REVISIONS

BASE SURVEY OF CONST. L

BASE SURVEY OF CONST. L

EXIST GROUND

EXIST GROUND

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

SR 21

CROSS SECTIONS

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
|---|---|---|
| SR 21 | CLAY | 208III-2-52-01 |

DRMP

| DATE | | REVISIONS | | |
|---|---|---|---|---|
| | DESCRIPTION | BY | DOC. | |

SHEET NO.
13

..../208II113/roadway/rchrm101_.plsn 10/19/2004 10:58:47 AM

CROSS SECTIONS

SR 21

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

| ROAD NO. | COUNTY | FINANCIAL PROJECT ID. |
|---|---|---|
| SR 21 | CLAY | 21080-2-52-01 |

DRMP

NOTES: THIS OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

SHEET NO. 34

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

SR 21
CROSS SECTIONS

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
|---|---|---|
| SR 21 | CLAY | 208281-2-52-01 |

SHEET NO.
32

⊕ DRMP



Require. Exc. | Embankment
A ∨ | A ∨

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G2-32.001, F.A.C.

CROSS SECTIONS

SR 21

DRMP

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
|---|---|---|
| SR 21 | CLAY | 208111-2-52-01 |

SHEET NO. 33

REVISIONS

B. SURVEY & E. CONST. L.

B. SURVEY & E. CONST. L.

# SR 21
## CROSS SECTIONS

**DRMP**

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
|---|---|---|
| SR 21 | CLAY | |

| | Regular Exc. | | Embankment | |
|---|---|---|---|---|
| | A | V | A | V |

SHEET NO. 34

REVISIONS

...../FDOT1117/roadway/rdxmt00.xhr  10/13/2004  11:40:10 AM

SR 21
CROSS SECTIONS

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

| ROAD NO. | COUNTY | FINANCIAL PROJECT ID. |
|----------|--------|----------------------|
| SR 21 | CLAY | 209118-2-52-01 |

SHEET NO.
35

DRMP

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

**SITE DESCRIPTION**

a. **Construction Activities**

Construction activities will include adding and resurfacing the existing multi-lane roadway and replacement and widening of guardrails, ditches and placement surfaces, construction of 2' paved shoulder in median, replacement of 42' cut ditch on the shoulders and replacement of ditch pavement.

**Project Location**

The project is located on SR 21 in Clay County, and begins in Section 27, Township 5 South, Range 24 East and extends to Section 34, Township 5 South, Range 24 East. Latitude 30°01'47", Longitude 30°57'33".

**Project Limits**

The project is located on SR 21 in Clay County from Milepost 25.509 to Milepost 25.591 = Milepost 0.000 to Milepost 4.555

b. **Major Soil Disturbing Activities**

Major soil disturbing activities include installation and placement of 4' x 42' strip. Major soil disturbing activities include construction of the outside shoulders and the median shoulders referred to the pavement as the outside shoulders and the median shoulders.

c. **Total Project Area is approximately 35.8 acres MOR miles x 150' right-of-way.**

Total Project Area to be Disturbed: 1.5 acres.

The Contractor is advised that the area of disturbed will greater than 10 acres, a necessity for permanent sediment basin providing 3,600 cf of storage per acre drained, or equivalent control measures shall be provided where rainfalls until the final stabilization of the site according to EPA FRN-GAC-A.

d. **Estimate of Runoff Coefficients Before During and After Construction**

| Before Construction, | c = 0.35 |
| During Construction, | c = 0.35 |
| After Construction, | c = 0.40 |

e. **Description of Soil or Quality of Discharge**

Roadway Embankment

f. **Estimate of Size of Drainage Area For Each Outfall**

N/A

g. **Site Map**

Location map is on the Key Sheet. The construction plans include plan details.

h. **Receiving Waters**

SR 21 outfalls to various creeks which, ultimately, flow and eventually to the St. John's River.

**CONTROLS**

a. **Narrative – Sequence of Soil Disturbing Activities and Implementation of Controls**

b. **Construction Activities – General**

Construction activities will include adding, widening and resurfacing the existing multi-lane roadway and replacement of and strips on the shoulders and median. All items represented in the Roadway Plans are treated to exist in the Florida Department of Transportation Standard Specifications for Road and Bridge Construction "Standard Specifications". Special Provisions and Construction Plans, or will be implemented by the Contractor as directed by the Project Engineer to be a current appropriate in sediment control.

The Contractor will be required to prepare a Erosion Control Plan as defined in the Special Provisions. The Contractor is cautioned that the presence of subsurface clay adhesion, sediment, and turbidity controls at locations determined in the design process. However, the Contractor is required to prepare a Erosion Control Plan and update the Stormwater Pollution Prevention Plan, as necessary, due to the availability of adding any subsequent located partial, resolving waters, or otherwise violating State and Federal permit conditions. The Contractor will also be required to monitor the Erosion Control Plan.

Erosion control measures as directed may be through the construction area, if possible. This additional flow if not diverted can add volume and size to structural practices, require more frequent maintenance and limit effectiveness of erosion and sediment controls.

The Contractor will provide erosion control by implementing dust control during all phases of construction. Dust control will be controlled by wetting streets or unused sections and watering travel areas.

The stormwater pollution prevention plan is part of the contract documents. Any construction related information required in the SWPPP permit but not specifically indicated in the stormwater pollution prevention plan can be found in the contract documents.

The Contractor will be responsible for providing a stabilized construction entrance for vehicles activities on existing public roads. Stabilized construction entrances used to provide for the vehicles leaving the construction site at point locations, to eliminate tracking onto the stormwater pollution prevention plan or as directed by the Engineer, of disturbed materials. These sediment barriers be control at or as directed by the Engineer.

Water quality monitoring shall be conducted by the Contractor. The Contractor will also be responsible for monitoring any condition for violation of water quality standards at the raised in turbidity NTU NTUs above background. The Contractor will provide turbidity readings from the center of the stream, downstream or the water quality above standards at two points of each day, or more frequently. Anchoring will be concentrated by reaching turbidity readings from the center of the arteries, one to upstream of the activity and one at the stations, construction and to immediately elapsed and downstream of the activity. The Contractor shall measure the water quality the time and location of turbidity reading is measured. These measurements shall be recorded on the Contractor's Inspection Report and shall be recorded and submitted to the FDOT Contractor as received and FDOT NTUs above background. Water quality monitoring shall be conducted during all phases of construction.

All erosion and sediment control shall be maintained in accordance with the Contractor's Erosion Control Plan as approved by FDOT and may be revised when permanent stabilization is established.

c. **Construction Activities – Paving**

Construction activities on this project will be conducted in a phase generally described below. Prior to commencement of construction, the Contractor shall provide a detailed construction schedule to indicate dates of construction activities and determine sequencing of temporary and permanent soil disturbing activities so all portions of the site. The construction schedule shall be included in the Contractor's Erosion Control Plan.

Prior to the beginning of any phase, the Contractor shall install erosion and sediment control items as specified in the Contractor's Erosion Control Plan and according to FDOT Standard Specifications and Plans per the FDOT Standard Specifications for Road and Bridge Construction Indexes 100, 101, 102, 104, 105, and 106. Applicable FDOT Standard Specifications and Plans procedures are applicable to the control measures as appropriate. Erosion control measures will be in place and maintained as soon as possible.

For any given site, the Contractor is responsible for providing grading and water as soon as possible after the site where construction has temporarily ceased, and in no case shall the time be greater than fourteen (14) days specified in NPDES General Permit FUPOP-2.

All erosion and sediment control shall be established in accordance with the Contractor's Erosion Control Plan as approved by FDOT and may be revised when permanent stabilization is established.

There is no detailed construction practice for this project. Contractor shall install all erosion and sediment controls prior to beginning construction. Contractor shall renew all temporary erosion and sediment controls and restore street after completion of construction.

---

**DRMP**

STORMWATER POLLUTION
PREVENTION PLAN

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
|---|---|---|
| SR 21 | CLAY | 209114-2-52-01 |

SHEET NO. 19

REVISIONS

../20011112/roadway/racon20111.dgn 10/13/2004 11:04:10 AM

## a. Erosion And Sediment Controls

### 1. Stabilization Practices To Be Implemented

Stabilization measures shall be initiated as soon as practicable in portions of the site where construction activities have temporarily or permanently ceased, but in no case shall this be greater than 14 days after the construction activity has temporarily or permanently ceased. Additionally, areas disturbed during construction are to be seeded.

### 2. Structural Practices Will Include
- Staked Silt Fence
- Hay Bales
- Rock Bags

Structural practices listed above shall be used according to the Contractor's approved Erosion Control Plan. All other practices shall be installed according to the contract documents and FDOT Roadway and Traffic Design Standards.

### c. Description of Stormwater Management

The existing drainage patterns will not be modified or affected by the roadway improvements. In general, the existing drainage conveyances, composed of grassed swale sections with drainage directly offsite or via inlets. Grassed median areas are collected in curb bottom inlets and directed offsite to the piped outfalls. No stormwater ponds are present.

### d. Other Controls

#### 1. Waste Disposal
The Contractor will provide litter control and collection within the project boundaries during construction activities. All fertilizers, herbicides, or other chemical containers shall be disposed of by the Contractor according to the manufacturer. No soil materials including building and construction materials shall be discharged to wetlands or buried onsite.

#### 2. Off Site Vehicle Tracking Will Be Controlled By The Following Methods:
- Rumble Strip Tracks to be covered with Tarpaulin
- Excess Dirt to be Removed Daily
- Construction Entrances

Other:
Excess dirt on the roads shall be removed daily. The Contractor will provide pollution control by implementing dust control during dust generating activities such as excavation and milling operations. This will be accomplished by wetting the exposed areas to prevent dust movement. Water shall be sprayed on the areas of the site during periods of vehicular, wind driven or weather tracking.

The Contractor shall be responsible for constructing and maintaining stabilized construction entrances when entering or exiting onto a public road for on-site and off-site locations of stockpile materials.

The Contractor shall be responsible for modifying the system or procedures as needed as directed by the Project Engineer.

#### 3. Sanitary Waste
All Sanitary wastes will be collected from portable units by licensed Sanitary Waste Management Contractor as required by state regulations.

#### 4. Fertilizers And Pesticides
Fertilizers and soil stabilizers will be used on this project in accordance with FDOT Specifications for Road and Bridge Construction by the contractor with coordination of the Project Engineer.

#### 5. Non-Stormwater Discharge (Including Spill Reporting)
The Contractor will provide the FDOT with an Erosion Control Plan that will include spill reporting and response. When the Contractor encounters a spill, construction will stop and work will be suspended until directed by the Project Engineer. Disposal of hazardous wastes shall conform in accordance with any requirements and regulations of any local, state, or federal agency having jurisdiction.

## 3. MAINTENANCE

The Contractor will be responsible for maintenance and repairs of erosion and sediment control devices, and removal of erosion and sediment control devices after the Notice of Termination.

---

The following practices will be used to maintain erosion and sediment controls:

### a. General
The Contractor shall install and maintain rock riprap on the project site and repair weekly rubbish in accordance with NPDES Permit and FDEP SWPPP. All control measures will be maintained while the Contractor is on site.
All measures will be maintained in good working order. If a repair is necessary, it will be initiated immediately.

### b. Structural Practices Controls
Built-up sediment will be removed from silt fence and staked turbidity barriers when it has reached one-third the height of the fence.

Temporary and permanent seeding, sodding and planting will be inspected for bare spots, washouts, and healthy growth.

Stabilized construction entrances shall be maintained to prevent staking of rock bedding which may impact the stabilization of the structure.

## 4. INSPECTION

### 5. Inspection Areas
The contractor is required to inspect all erosion control features at least once every seven calendar days and within 24 hours of the end of a storm event of 0.5 inches or greater. In addition, inspect erosion control features on reactivated barren soil as specified in State and/or Federal environmental regulatory permits.

Locations of areas to be inspected may include:
- Stockpile points in vicinity of the United States
- Discharge points in LOA's facilities
- Areas soil meeting the "Pond Stabilization" criteria
- Structural control measures
- Construction facilities
- On-Site stormwater management systems

The Department shall maintain all required reports submitted by the Contractor and the Contractor shall complete all SWPPP inspection report forms required for the NPDES permit.

## 6. TRACKING AND REPORTING
The Contractor shall submit copies of Form 650-040-03 to the Project Engineer weekly and after any rainfall event greater than 0.5 inches. The Contractor shall complete all SWPPP inspection report forms required for the NPDES permit.

The Project Engineer shall maintain all copies of reports submitted by the Contractor. The Contractor shall complete all SWPPP inspection report forms required for the NPDES permit.

Prime Contractor is responsible for the implementation of each erosion control measure and is required to submit the certification statement that V.E.P. or his assignee subcontractor will have to provide the certification statement.

---

**DRMP**

**STORMWATER POLLUTION PREVENTION PLAN**

| STATE OF FLORIDA | DEPARTMENT OF TRANSPORTATION | | |
|---|---|---|---|
| ROAD NO. | COUNTY | FINANCIAL PROJECT ID. | SHEET NO. |
| SR 21 | CLAY | 208614-2-52-01 | 37 |

## TRAFFIC CONTROL PLAN GENERAL NOTES

1. TRAFFIC SHALL BE MAINTAINED IN ACCORDANCE WITH FDOT DESIGN STANDARDS.

2. ALL CURBS, PAVEMENT MARKINGS, BARRIER WALLS, BARRICADES, WARNING LIGHTS AND OTHER TRAFFIC CONTROL DEVICES NECESSARY FOR TRAFFIC CONTROL, SHALL CONFORM TO THE 2003 MANUAL ON UNIFORM TRAFFIC CONTROL DEVICES (MUTCD) AND THE 2004 FLORIDA DEPARTMENT OF TRANSPORTATION (FDOT) DESIGN STANDARDS.

3. THE CONTRACTOR SHALL MAINTAIN AND RELOCATE EXISTING ROADWAY SIGNS, INCLUDING PARKING AND GUIDE SIGNS, AS REQUIRED THROUGHOUT THE DURATION OF CONSTRUCTION.

4. NO LANE CLOSURES SHOULD TAKE PLACE AS FOLLOWS:
   WITHIN 500 FEET OF A SIGNALIZED INTERSECTION FOR SR 21 NB AND SB FROM 500 AM TO 700 PM WEEKDAYS & WEEKENDS.
   WITHIN 1000 FEET OF A SIGNALIZED INTERSECTION FOR SR 21 NB AND SB FROM 600 AM TO 900 AM.
   WHEN GREATER THAN 500 FEET FROM A SIGNALIZED INTERSECTION FOR SR 21 SB FROM 300 PM TO 700 PM.
   ANY LANE CLOSURES ARE LIMITED TO BE ONE MILE IN LENGTH.

5. ALL WORK SHALL BE DONE IN SUCH SURFACES AT ALL TIMES.

6. ALL WORK SHALL BE DONE ON ONE SIDE OF THE ROAD AT A TIME SO AS NOT TO OBSTRUCT TRAFFIC.

7. CONSTRUCTION OPERATIONS SHALL COMPLY WITH ALL LOCAL CITY, COUNTY AND STATE NOISE ORDINANCES.

8. THE CONTRACTOR SHALL PROVIDE FOR POSITIVE DRAINAGE AT ALL TIMES. HE SHALL PROVIDE AND MAINTAIN TEMPORARY FACILITIES TO ADEQUATELY DRAIN THE PROJECT DURING CONSTRUCTION. NO INSTANCE WILL STANDING OR DETAINED WATER BE ALLOWED WHICH CONSTITUTES A HAZARD IN THE OPINION OF THE ENGINEER. THE CONTRACTOR SHALL PROVIDE ANY TEMPORARY DRAINAGE MEASURES AS REQUIRED TO ADEQUATELY DRAIN THE PROJECT AND TEMPORARY TRAVELED ROADWAYS.

9. ACCESS AS SHOWN BY TCP PLANS SHALL BE MAINTAINED AT ALL SIDE STREETS AND DRIVEWAYS THROUGHOUT THE PROJECT. TEMPORARY SHORT TERM CLOSURES ARE PERMISSIBLE IF APPROVED IN ADVANCE BY THE ENGINEER.

10. THE EXISTING POSTED SPEED LIMIT SHALL BE MAINTAINED DURING CONSTRUCTION, EXCEPT FROM STATION 232+94.24 TO STATION 963+00.00 ON THE SOUTHBOUND ROADWAY WHERE THE SPEED IN THE WORK ZONE SHALL BE REDUCED TO 45 MPH.

    EXISTING POSTED SPEED LIMIT
    STA. 232+94.24 - STA. 823+00.00 = 55MPH
    STA. 823+00.00 - STA. 524+79.00 = 45 MPH
    STA. 524+79.00 - STA. 963+00.00 = 35 MPH
    STA. 963+00.00 - STA. 987+45.53 = 45 MPH

11. THE FIRST TWO CONSTRUCTION WARNING SIGNS ON THE WLW ROADWAY AND THE FIRST CONSTRUCTION SIGN ON EACH CROSSROAD SHALL HAVE AN ORANGE FLAG AND A TYPE B WARNING LIGHT ATTACHED AND OPERATING AT ALL TIMES.

12. THE CONTRACTOR SHALL REMOVE OR COVER EXISTING ROADWAY SIGNS AND PAVEMENT MARKINGS THAT CONFLICT WITH TRAFFIC CONTROL PLANS.

13. OVER-PAINTING IS NOT AN ACCEPTABLE METHOD OF PAVEMENT MARKING REMOVAL AS PROVIDED IN STANDARD INDEX NO. 17346. THE METHOD OF PAVEMENT MARKING REMOVAL WILL BE APPROVED BY THE ENGINEER.

14. TRAFFIC CONTROL DEVICES REQUIRED BY THE MUTCD SHALL BE PROVIDED AS CONDITIONS WARRANT AT EACH CONSTRUCTION PHASE.

15. AT ALL EXISTING SIGNAL LOCATIONS, TRAFFIC ADEQUATELY PRESENTLY OPERATED WITH TRAFFIC SIGNAL LOOP DETECTORS SHALL BE RESTORED TO NORMAL OPERATION WITHIN 36 HOURS IF IMPACTED BY ROADWAY CONSTRUCTION.

16. SR 21 VARIABLE MESSAGE SIGNS WILL BE REQUIRED FOR THIS PROJECT. VMS SHALL BE PLACED 500 FT IN ADVANCE OF THE FIRST WORK ZONE SIGN FOR NORTHBOUND AND SOUTHBOUND SR 21 TRAFFIC. ON SR 21% OR SR 25, AND ON BOTH SIDES OF SR 26.
    SIGNS SHALL DISPLAY THE FOLLOWING SEQUENCES:
    WHEN THERE ARE NO LANE CLOSURES IN EFFECT:
    1. ROAD CONST AHEAD
    2. WATCH FOR SLOW TRAFFIC
    3. DRIVE WITH CAUTION

17. EXISTING SIGNALIZED SHALL REMAIN IN PLACE AND BE USED FOR MAINTENANCE OF TRAFFIC AS REQUIRED. THE CONTRACTOR SHALL MAINTAIN THE ACTIVATED OPERATION OF THE CONTROLLERS THROUGHOUT THE LIFE OF THE CONTRACT. EACH SIGNALIZED INTERSECTION SHALL BE REACTIVATED WITHIN THE SAME BUSINESS DAY IN THE EVENT THAT SUCH SIGNALIZATION IS AFFECTED OR CORRECTED FOR THE PLACEMENT OF DETECTOR LOOPS. THIS INCLUDES FURNISHING AND INSTALLING TEMPORARY LOOP ASSEMBLIES AS REQUIRED TO MAINTAIN ALL EXISTING ACTIVATED SIGNAL OPERATIONS.

18. TEMPORARY PAVEMENT SHALL CONSIST OPTIONAL BASE GROUP 4 WITH TYPE SP STRUCTURAL COURSE OPT.

19. THE CONTRACTOR SHALL PROVIDE, AT NO ADDITIONAL COST, ANY WORK ASSOCIATED WITH THE PREPARATION OF THE WMP SUE BID PROPOSAL INCLUDING, BUT NOT LIMITED TO, THE USE OF MULTIPLE VARIABLE MESSAGE SIGNS(S), OFF-DUTY LAW ENFORCEMENT OFFICERS, AND SPEED MONITORING DEVICES.

20. IN THE IMMEDIATE VICINITY OF ANDERSON ELEMENTARY SCHOOL AND THE DESIGNATED SCHOOL CROSSING, THERE SHALL BE NO CONSTRUCTION ACTIVITY DURING NORMAL ARRIVAL AND DISMISSAL HOURS OF THE SCHOOL DAY.

## TRAFFIC CONTROL PLAN PHASING NOTES

### PHASE I

1. PLACE EXISTING CONTROL DEVICES THROUGHOUT THE PROJECT. ERECT ADVANCE WARNING SIGNS AT BEGIN PROJECT AND END PROJECT FOR INDEX 616, AND AT EACH SIDE STREET THROUGHOUT THE PROJECT PER FDOT DESIGN STANDARD INDEX 614.

2. PLACE TEMPORARY PAVEMENT, TRAFFIC CONTROL DEVICES, SIGNS, AND PAVEMENT MARKINGS FOR REDIRECTING TRAFFIC. LOWER SPEED SLIGHTLY FROM 55 MPH TO 45 MPH ON THE SOUTHBOUND ROADWAY FROM STATION 469+40.00 TO STATION 963+00.00 OF THE SOUTHBOUND ROADWAY. SHIFT TRAFFIC FROM 2 LANES DOWN TO ONE LANE 621 FROM STATION 963+00.00 TO STATION 469+40.00.

3. WIDEN OUTSIDE SOUTHBOUND ROADWAY FROM STATION 233+94.24 TO STATION 469+40.00, EXCEPT FRICTION COURSE.

4. CONSTRUCT DRAINAGE ITEMS, CONCRETE SIDEWALK, AND GUARDRAIL FOR FDOT DESIGN STANDARD INDEX 616.



### PHASE I SECTION WITH WIDENING AND TEMP. PAVT.

### PHASE II

1. PLACE DESIGN CONTROL DEVICES IN MEDIAN.

2. PLACE TEMPORARY TRAFFIC CONTROL DEVICES, SIGNS, AND PAVEMENT MARKINGS FOR REDIRECTING TRAFFIC.

3. WIDEN IN MEDIAN OF NORTHBOUND ROADWAY FROM STATION 963+00.00 TO STATION 469+38.71, EXCEPT FRICTION COURSE. CONSTRUCT 2' PAVED SHOULDER IN MEDIAN ACCORDING TO TYPICAL SECTIONS.

4. REMOVE TEMPORARY PAVEMENT PLACED IN PHASE I.

| STATE OF FLORIDA | | | |
| --- | --- | --- | --- |
| DEPARTMENT OF TRANSPORTATION | | | |
| ROAD NO. | COUNTY | FINANCIAL PROJECT ID | |
| SR 21 | CLAY | 208711-2-52-01 | |

**TCP NOTES**

DRMP

| SHEET NO. |
| --- |
| 39 |



ADVANCE WARNING SIGNS

SR 21

NOTE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

SR 21
PHASE I TCP SCHEME

SHEET NO. 40

NOTES:

1. ARROWS INDICATE DIRECTION OF TRAVEL ONLY.

2. FOR ADVANCE WARNING SIGNS, SEE ADVANCE WARNING SIGNS SHEET IN THIS PLANS SET.

WORK ZONE

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
|---|---|---|
| SR 21 | CLAY | 209111-2-52-01 |

DRMP

REVISIONS

0  D         50
Feet

NEITHER THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

SR 21

PHASE I TCP SCHEME

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

DRMP

| ROAD NO. | COUNTY | FINANCIAL PROJECT ID. |
|---|---|---|
| SR 21 | CLAY | 209ll-2-52-01 |

SHEET NO. 41

NOTES:
ARROWS INDICATE DIRECTION OF TRAVEL ONLY.

WORK ZONE

1" = 50'

BEGIN SEPARATE TEMP. 6" DBL. YELLOW STRIPING
±77.30, 433'±RT.

TEMP. 10" YELLOW
HO' O/C TYP.)

TEMP. 6" DBL. YELLOW
WITH TEMP. RPM'S 40' O/C

PINCH POINT

TEMP. 6" WHITE

END TEMP. 6" WHITE TRANSITION
±472.30, 15.32' RT.

CONST. TEMP.
CONC. BARRIER WALL

6 CONST. & B CONST.

END TEMP. 6" WHITE TRANSITION
±625.72, 15.02' RT.

TEMP. 6"
DBL. YELLOW
WITH TEMP.
RPM'S 40' O/C

DIST. DRV.

BEGIN TEMP. 6" WHITE TRANSITION
±635.72, 15.32' RT.

0 10      50
Feet



NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G1-8104, F.A.C.

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

SR 21

PHASE I TCP SCHEME

SHEET NO. 42



SR 21
PHASE I TCP SCHEME

SHEET NO. 43



PHASE II TCP SCHEME

SR 21