# STATE OF FLORIDA
## DEPARTMENT OF TRANSPORTATION

## CONTRACT PLANS

### FINANCIAL PROJECT ID 208II-2-52-01
### CLAY COUNTY (71070)
### STATE ROAD NO. 21

## SIGNING AND PAVEMENT MARKING PLANS

INDEX OF SIGNING AND PAVEMENT MARKING PLANS

| SHEET NO. | SHEET DESCRIPTION |
|---|---|
| S-1 | KEY SHEET |
| S-2 | GENERAL NOTES |
| S-3 | TYPICAL SIGN DETAILS |
| S-4 – S-5 | SIGNING DETAIL SHEETS |
| S-6 – S-15 | SIGNING AND PAVEMENT MARKING PLAN SHEETS |

GOVERNING STANDARDS AND SPECIFICATIONS:
FLORIDA DEPARTMENT OF TRANSPORTATION,
ROADWAY AND TRAFFIC DESIGN STANDARDS,
FDOT STANDARD SPECIFICATIONS FOR ROAD
AND BRIDGE CONSTRUCTION AND DESIGN
IS ASSUMED BY DISTRICT DESIGNERS.

PLANS PREPARED BY:

⊕ DRMP

SIGNED AND PAVEMENT MARKING PLANS
SHEET 1 - SHEET 21

NOTE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

FDOT PROJECT MANAGER: DESIGN SUPERVISOR

| | KEY SHEET REVISIONS | | | | |
|---|---|---|---|---|---|
| DATE BY | DESCRIPTION | | | FISCAL YEAR | SHEET NO. |
| | | | | 05 | S-1 |

LOCATION OF PROJECT

48112/sidewalker/ROADSIGN.dgn  10/13/2004  11:21:27 AM

# SIGNING AND PAVEMENT MARKING GENERAL NOTES

1. REFLECTIVE PAVEMENT MARKERS ARE NOT TO BE INSTALLED ON SIDESTREET REFERENCES EXCEPT AS NOTED HEREIN.

2. RPM'S TO BE PLACED AS PER INDEX No. 17352.

3. SIGNS SHOWING MAY OR BE REQUIRED FOR THE INSTALLATION OF THE SIDESTREET STOP BARS.

4. ALL SIGNS REPLACING EXISTING OUTDATED SIGNS SHALL BE INSTALLED AT THE EXISTING SIGN LOCATION EXCEPT AS NOTED HEREIN.

5. IT SHALL BE THE RESPONSIBILITY OF THE CONTRACTOR TO VERIFY THE LENGTH OF THE COLUMN SUPPORTS IN THE FIELD PRIOR TO FABRICATION.

6. ALL PURPOSES OF SIGNS REFER TO THE MANUAL ON UNIFORM TRAFFIC CONTROL DEVICES, PUBLISHED BY THE U.S. DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, 2003 AND THE MANUAL ON STANDARD HIGHWAY SIGNS, PUBLISHED BY THE U.S. DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, 2003.

7. CAUTION SHOULD BE EXERCISED WHEN REMOVING EXISTING SIGNS TO PREVENT UNNECESSARY DAMAGE TO SIGNS. IF THE SIGNS ARE DAMAGED, THE SIGNS SHALL BE REPLACED BY THE CONTRACTOR AT HIS EXPENSE.

8. ALL SIGNS REMOVED ARE TO BE DISPOSED OF BY THE CONTRACTOR.

9. ALL TEST BORINGS WHERE THE MEDIAN SIGNS ARE TO BE INSTALLED. IT SHALL BE THE CONTRACTORS RESPONSIBILITY TO EXAMINE THE SITE CONDITIONS BEFORE SUBMITTING BID PROPOSALS IN ACCORDANCE WITH SECTION 2-4 OF THE SPECIFICATIONS.

10. ANY SIGNS NOT SPECIFICALLY SHOWN OR LISTED IN THESE PLANS SHALL REMAIN.

11. REFER TO ROADWAY PLANS FOR APPLICABLE LIST OF UTILITY OWNERS.

12. THE CONTRACTOR USES SEGMENTAL TEMPLATES TO PLACE APRONS AND MESSAGES, ALL SEGMENTS SHALL BE CLOSED TO FORM ONE PIECE COMPONENTS PER STANDARD INDEX 17346 AND 17344.

13. OUTSIDE BORDERS OF SIGN FACE TO BE CUT CONCENTRIC WITH BORDERS, WHITE BORDERS TO BE PARALLEL TO THE EDGE OF SIGN. BLACK BORDERS ARE TO BE RECESSED FROM THE EDGE OF THE SIGN.

14. ALL PAVEMENT MARKINGS OF SOLID WHITE STRIPING LOCATED ON SIGNALIZED INTERSECTIONS SHALL EXTEND 200' FROM STOP BAR UNLESS OTHERWISE NOTED.

15. ALL PAVEMENT MARKINGS SHALL BE PAINT UNLESS OTHERWISE NOTED IN THE PLANS. SEE SPECIFICATION TTD FOR THE NUMBER OF APPLICATIONS REQUIRED.

16. THE CONTRACTOR IS TO PERFORM A FIELD REVIEW TO DEVELOP QUANTITIES FOR PAVEMENT MARKINGS PRIOR TO SUBMITTING A BID.

17. TUBULAR DELINEATORS (FLEXIBLE UNDER/OVER) SHALL BE FURNISHED AND INSTALLED PER STANDARD INDEX 17456 (SHEET 1 OF 18).

18. SIGN ASSEMBLY LOCATIONS WHICH ARE IN CONFLICT WITH LIGHTING, UTILITIES, ETC. MAY BE ADJUSTED SLIGHTLY AS DIRECTED BY THE ENGINEER. EXTREME LOCATION CHANGES MUST BE APPROVED BY THE ENGINEER OR THE ENGINEER OF RECORD.



MEDIAN NOSE RPM DETAIL:

VARIES

GRASS AREA

6" YELLOW

6" YELLOW

6" TYP.

REFLECTIVE PAVEMENT MARKERS MONO-DIRECTIONAL YELLOW

YELLOW REFLECTIVE PAINT (ROAD RPDS)

YELLOW PAVEMENT MARKERS (ROAD RPDS)

VARIES

GRASS AREA

6" YELLOW

6" YELLOW

6" TYP.

6" TYP.

REFLECTIVE PAVEMENT MARKERS MONO-DIRECTIONAL YELLOW

YELLOW REFLECTIVE PAINT (ROAD RPDS)

DRMP

GENERAL NOTES

S-2

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

SR 23

C/W

FINANCIAL PROJECT ID
23038-6-52-01

SHEET NO. S-2

NOTES: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 60S-23.003, F.A.C.

TYPICAL MARKINGS
SR 21

STA. 1428+00.00 TO STA. 1537+00.00
STA. 1542+00.00 TO 1568+00.00
STA. 130+85.89 TO 150+00.00
STA. 154+00.00 TO 163+00.00
STA. 168+00.00 TO 207+43.53 (END PROJECT)

N.T.S.

6" WHITE

6" WHITE, 10'-30' GAPS W/ 9'-11 NOM'S AT 40' O.C.

6" WHITE, 10'-30' GAPS W/ 9'-11 NOM'S AT 40' O.C.

6" YELLOW

6" YELLOW

ROW LINE

ROW LINE

DRMP

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

ROAD NO. | SR 21
COUNTY | CLAY
FINANCIAL PROJECT ID | 208114-2-52-01

SR 21
TYPICAL MARKINGS

SHEET NO. | S-3

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

SIDE STREET DETAIL

BURROUGHS ST.
STA 1489+40

ALLIGATOR BLVD.
STA 1430+50

ANCHOR RD.
STA 1492+32

ROSEMARY ST.
STA 1437+50

FORMAN CIR.
STA 1494+66

FORMAN RD.
STA 1471+50

PEPPERGRASS ST.
STA 1502+68

HOWARD RD.
STA 1479+50

N.T.S.

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

SR 2

CLAY

2009-2-22-01

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G1-23.003, F.A.C.

SIDE STREET DETAIL

N.T.S.

DRMP

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

| ROAD NO. | COUNTY | FINANCIAL PROJECT ID |
|---|---|---|
| SR 21 | CLAY | 209114-2-52-01 |

SHEET NO.
S-5

**MAIN ST.**
STA 1566+20
BUSINESS ENTRANCE

**SECTION ST.**
STA 133+74

**SCENIC DR.**
STA 148+10
BUSINESS ENTRANCE

**HALPERNS WAY**
STA 1523+59
BUSINESS ENTRANCE

**PARSONAGE ST.**
STA 1551+24
BUSINESS ENTRANCE

**PINELLAS LANE**
STA 1561+23

STOP
R1-1
30"x30"

TO BE REMOVED

NOTES:

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

REVISIONS

...708111/fsla/lab/lab/05/plans09.dgn    10/19/2024 11:26:50 AM

NOTES:
THESE DRAWINGS ARE PROVIDED FOR THE PURPOSE OF DESCRIBING THE
DESIGN FOR THE CONTRACT. SPECIFIC DIMENSIONS OF THE REQUIREMENTS
SHALL BE AS PROVIDED FOR THE CONTRACTOR. INCLUSION OF THESE DRAWINGS
BASIS OF ESTIMATES MINIMUM AND THE PROJECT SPECIFICATIONS PACKAGE.

**DRMP**

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

| | ROAD NO. | COUNTY | FINANCIAL PROJECT ID | | | SHEET NO. |
|---|---|---|---|---|---|---|
| | SR 21 | CLAY | 209119-2-52-01 | | | S-6 |

SR 21
SIGNING & PAVEMENT MARKING PLAN
STA. 1394+00 TO STA. 1405+00

REVISIONS

MATCH LINE STA. 1405+00.00

BEGIN CONST. & B SURVEY

€ CONST. & B SURVEY

BEGIN PAVEMENT MARKINGS
STA. 1394+00
MATCH EXISTING
PAVEMENT MARKINGS

END WHITE DELINEATORS
STA. 1404+96

WHITE DELINEATORS
180' CL-R

6" WHITE

6" WHITE W/ R-2
RPM'S AT 40' C.C.

6" DBL YELLOW W/ Y-Y
RPM'S AT 40' C.C.

8" WHITE AT 40'
40' C.C.

R/W LINE

PAV'D

NOTE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

MATCH LINE STA. 1405+00.00

EXISTING STREET NAME SIGN TO REMAIN

6" WHITE

S. PERIWINKLE AVE.

TO REMAIN

STOP

PC STA. 1407+05.72

EXIST. TO REMAIN

JCT
CO RD
216

6" DBL. YELLOW W/ 1'-4"
RPM'S AT 40' C.C.

N 35° 32" E

R/W LINE

PT STA. 1408+37.80

6" WHITE

6" WHITE

8" YELLOW AT 45°

6" DBL. YELLOW W/ 1'-4"
RPM'S AT 40' C.C.

PC STA. 1410+54.72

6" WHITE W/ R-R
RPM'S AT 40' C.C.

6" WHITE W/ R-R
RPM'S AT 40' C.C.

8" YELLOW AT 45°

WHITE DIRECTIONS
40' C.C.

WHITE DIRECTIONS
40' C.C.

℄ CONST. & ℄ SURVEY

R/W LINE

MATCH LINE STA. 1411+00.00

DRMP

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

SR 21
SIGNING & PAVEMENT MARKING PLAN
STA. 1405+00.00 TO STA. 1411+00.00

SHEET NO.
S-7

NOTE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

MATCH LINE STA. 141+00.00

MATCH LINE STA. 165+40.00

6" YELLOW AT 45° ON 40' O.C.

6" DBL YELLOW W/ 4'-4" RPS'S AT 40' O.C.

6" WHITE

6" DBL YELLOW

6" YELLOW 10'-40' SKIP

6" YELLOW 10'-40' SKIP

24" WHITE

6" YELLOW

6" YELLOW

6" WHITE

6" WHITE

6" YELLOW

6" WHITE

6" WHITE

8" WHITE W/ 4'-8" RPS'S AT 40' O.C.

8" WHITE AT 45°

N. POINSETTA AVE.

STOP

TO REMAIN

TO REMAIN

TO REMAIN

TO REMAIN

TO BE RELOCATED

WHITE DELINEATORS

WHITE DELINEATORS 200' O.C.

R/W LINE

R/W LINE

€ CONST. & € SURVEY

141

142

143

144

145

146

Feet

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

DRMP

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

ROAD NO. SR 21
COUNTY CLAY
FINANCIAL PROJECT ID

SR 21
SIGNING & PAVEMENT MARKING PLAN
STA. 141+00.00 TO STA. 166+40.00

SHEET NO. S-8

SR 21
SIGNING & PAVEMENT MARKING PLAN
STA. 1416+00 TO STA. 1429+00

H. PERIWINKLE AVE.

**STOP**

**STOP**

OBJECT MARKER

DIRECT MARKER

UNLESS MARKED LEFT

ONLY

OVER LANE MUST TURN RIGHT

EXIT 215 ONLY

SR 21

6" WHITE
6" YELLOW
6" WHITE W/ 10"-30" SKIP
6" WHITE W/ I4-R ROWS AT 20" O.C.
6" YELLOW
24" WHITE
HATCH EXISTING MARKINGS
TO REMAIN
TO BE REMOVED

€ CONST. & € SURVEY

SEE TYPICAL MARKINGS SHEET S-3 STA. 1428+00.00

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION
DRMP
ROAD NO.  SR 21
COUNTY  CLAY
FINANCIAL PROJECT ID  209382-2-52-01

SIGNING & PAVEMENT MARKING PLAN
STA. 1425+00.00 TO STA. 1428+00.00

SHEET NO.  S-10

SEE TYPICAL MARKINGS SHEET S-3 STA. 1537+00.00

SOUTH 21
TO REMAIN

TO REMAIN
FLORALEE PKWY FARMS

WRONG WAY

EAST  WEST
218   218

WATCH EXISTING PAVEMENT MARKINGS

TO REMAIN

NORTH 21
TO REMAIN

DRMP

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

ROAD NO. SR 21
COUNTY CLAY
FINANCIAL PROJECT ID 208110-2-52-01

SR 21
SIGNING & PAVEMENT MARKING PLAN
STA. 1537+00.00 TO STA. 1542+00.00

SHEET NO. S-11

MATCH LINE STA. 1542+00.00

Feet

NOTE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

SR 21
SIGNING & PAVEMENT MARKING PLAN
STA. 1504+00.00 TO STA. 1545+00.00

SR 21
SIGNING & PAVEMENT MARKING PLAN
STA. 1569+00 TO STA. 1574+00

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

SEE TYPICAL MARKINGS SHEET S-3 STA. 1568+00.00

SEE TYPICAL MARKINGS SHEET S-3

STA. 1572+18.63 BK
= STA. 1504+03.89 AH

NOTES: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

SR 21 SIGNING & PAVEMENT MARKING PLAN STA. 149+00.00 TO STA. 154+00.00

SR 21
SIGNING & PAVEMENT MARKING PLAN
STA. 163+00.00 TO STA. 168+00.00

# STATE OF FLORIDA
## DEPARTMENT OF TRANSPORTATION

## CONTRACT PLANS

FINANCIAL PROJECT ID 208111-2-52-01
CLAY COUNTY (71070)
STATE ROAD NO. 21

## SIGNALIZATION PLANS

LOCATION OF PROJECT

### INDEX OF SIGNALIZATION PLANS

| SHEET NO. | SHEET DESCRIPTION |
|---|---|
| T-1 | KEY SHEET |
| T-2 | GENERAL NOTES |
| T-3 – T-5 | SIGNALIZATION PLAN SHEETS |
|  | TRAFFIC MONITORING SITE PLAN |

GOVERNING STANDARD AND SPECIFICATIONS:
FLORIDA DEPARTMENT OF TRANSPORTATION,
DESIGN STANDARDS DATED JANUARY 2004,
AND STANDARD SPECIFICATIONS FOR ROAD
AND BRIDGE CONSTRUCTION DATED 2004,
AS MODIFIED BY CONTRACT DOCUMENTS.

PLANS PREPARED BY:
**DRMP**

FDOT PROJECT MANAGER:    NELSON BIDEGARAY

SIGNALIZATION PLANS
DIVISION OF DESIGN
P.E. No.

JAMES R. COSTLOW, P.E.

| KEY SHEET REVISIONS |
|---|

| FISCAL YEAR | SHEET NO. |
|---|---|
| 05 | T-1 |

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.



SR 21 A.T CR 218 SIGNALIZATION PLAN

DETAIL OF SIGNAL HEADS

BLANDING BLVD.

E. CONST. & B SURVEY

C.R. 218

DETAIL OF SIGNAL HEADS

NOTES:
1. THE PROPOSED LOOP LEAD-IN CABLE SHALL BE INSTALLED INTO THE CONTROLLER CABINET VIA THE EXISTING CONDUIT ENTRANCES ACCESSIBLE THROUGH THE EXISTING PULLBOX SHOWN.
2. THESE PROPOSED LOOP DETECTOR AMPLIFIERS ARE NEEDED. THE CONTRACTOR SHALL CONFIGURE THE LOOP DETECTOR TERMINATION CONFIGURATION AS REQUIRED FOR PROPER CABLE ROUTING.
3. THE CONTRACTOR SHALL INSTALL EXISTING LOOP CABLE LOCATED OR DAMAGED SPAN TERMINATED AT ...
4. THE CONTRACTOR SHALL REMOVE EXISTING PULLBOXES APPLICABLE EXISTING PULLBOX.
5. MODIFIED THE ACTIVATED SOLID STATE CONTROLLER SHALL INSTALL ADDITIONAL WIRED NECESSARY TO INSTALL.
6. PAY ITEM NUMBERS ARE PROVIDED ONLY FOR THE PURPOSE OF ...
(DESCRIBED THE ITEM WITH THE REFERENCED PAY ITEM DESCRIPTIONS ARE FOUND IN THE ... BASIS OF ESTIMATES HANDBOOK AND THE PROJECT SPECIFICATIONS PACKAGE.)

TIMING FUNCTION

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

DRMP

ROAD NO. SR 21
COUNTY CLAY

SHEET NO. T-3

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G15-23.003, F.A.C.

# SR 21 AT EVERETT ST SIGNALIZATION PLAN

DETAIL OF SIGNAL HEADS

EQUIPMENT TO BE REMOVED

EVERETT ST

BLANDING BLVD.

CONTROLLER TIMINGS

NOTE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 61G3-23.003, F.A.C.

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

| ROAD NO. | COUNTY | FINANCIAL PROJECT ID | SHEET NO. |
|---|---|---|---|
| SR 21 | CLAY | 208811-2-52-01 | T-4 |

DRMP

SHEET NO. T-4

SR 21 AT PALMETTO ST
SIGNALIZATION PLAN

DETAIL OF SIGNAL HEADS

EQUIPMENT TO BE REMOVED

NOTES:
1. THE PROPOSED LOOP LEAD-IN AND SIGNAL CABLE SHALL BE INSTALLED INTO THE CONTROLLER CABINET VIA THE EXISTING CONDUIT ENTRANCES ACCESSIBLE THROUGH THE EXISTING PULLBOXES SHOWN.

STATE OF GEORGIA
DEPARTMENT OF TRANSPORTATION

DRMP

SR 21

SHEET NO.
T-5

NOTE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 0705-23003, F.A.C.

CONTROLLER TIMINGS

TIMING FUNCTION

DETECTION FOR LOOPS

BRADDING BLVD.

PALMETTO ST.

COMMERCIAL DRWY.

To 158+15 ±

To 194+40 ±



NOTES:
1. CONTRACTOR TO NOTIFY CENTRAL OFFICE PLANNING DEPARTMENT 0-800-370-5000 FOR ACCESS TO EXISTING CABINET.
2. PAY ITEM NUMBERS ARE PROVIDED OUT FOR THE PURPOSE OF DESCRIBING THE WORK TO BE PERFORMED. PAY ITEM DESCRIPTIONS ARE FOUND IN THE DEPARTMENT'S BASIS OF ESTIMATES HANDBOOK AND THE PROJECT SPECIFICATIONS PACKAGE.
3. CONTRACTOR SHALL TAKE SPECIAL CARE NOT TO CHANGE EXISTING TRAFFIC MONITORING SITE EQUIPMENT WHEN REPLACING EXISTING GUARDRAIL.

**DRMP**

STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION

SR 21

TRAFFIC MONITORING SITE

SHEET NO. T-5

NOTICE: THE OFFICIAL RECORD OF THIS SHEET IS THE ELECTRONIC FILE SIGNED AND SEALED UNDER RULE 60G1-23.003, F.A.C.