# VMS - FDOT SIGN REPAIR/REPLACEMENT
## CLAY COUNTY
### Dec-07

| Sign Number | Action Taken | Road Section ID | Date |
|---|---|---|---|
| No sign number visible | Sign was straigtened by VMS crews | 71130000 Kingsley Ave west of 17 | 12/5/2007 |
| No sign number visible | Sign was replaced by VMS crews | SR 21 DOT PIT | 12/13/2007 |
| No sign number visible | Post & Sign replaced by VMS crews | 71110000 Blanding Blvd @ Kingsley median | 12/17/2007 |
| No sign number visible | VMS crew made adjustments to sign | 71100000 SR 16E between SR17 & bridge RRX | 12/18/2007 |
| No sign number visible | VMS crew repaired sign | 71070000 Blanding Blvd | 12/27/2007 |


EXHIBIT B

# VMS - FDOT SIGN REPAIR/REPLACEMENT

## CLAY COUNTY

### Jan-08

| Sign Number | Action Taken | Road Section ID | Date |
|---|---|---|---|
| 52576 | Installed new 3" Pole - Yield Sign | 16E | 1/19/2009 |
| No Number | "H" Sign Replaced | 16E | 1/19/2009 |
| 53145 | Installed yellow Diamond | 16W & CR 225 | 1/19/2009 |
| 52807 | Replaced 60 MPH sign | 17S & 15A | 1/19/2009 |
| No Number | Installed 2 "Adopt-A-Highway" Church GCS | 17 N/S | 1/20/2009 |
| 53044 | Installed new 3" Pole - ONE WAY | 17 N/S | 1/20/2009 |
| No Number | Replaced "NO-U-TURN" | Blanding Blvd & College | 1/21/2009 |
| 51811 | Installed new Yellow triangle reflector signs | 16W @ CR 225 | 1/22/2009 |
| 51814 | Installed new Yellow triangle reflector signs | 16W @ CR 225 | 1/22/2009 |
| 51900 | Installed 3" Pole & Yellor reflector Sign | 16E @ CR 315 | 1/22/2009 |
| 50466 | Replaced 3 1/2" Pole - 45 MPH sign | 21N @ Belmore | 1/22/2009 |

# VMS - FDOT SIGN REPAIR/REPLACEMENT
## CLAY COUNTY
### Feb-08

| Sign Number | Action Taken | Road Section ID | Date |
|---|---|---|---|
| No Number | Removed Signs/Posts "No U Turn" "No Left Turn" | SR 21 & Ridgewood | 2/15/2008 |

# VMS - FDOT SIGN REPAIR/REPLACEMENT
## CLAY COUNTY
### Mar-08

| Sign Number | Action Taken | Road Section ID | Date |
|---|---|---|---|
| New Sign - No Number | Placed - 45 MPH Speed limit sign | 16 East/Clay | 3/4/2008 |
| SIGN # 53070 | Repaired - 45 MPH Speed limit sign | 17 North | 3/12/2008 |
| Sign No Number | ROUTE 17 SIGN | 17 North | 3/12/2008 |
| Sign No Number | Kingsley Rd - 2 - 35 MPH signs repaired only | 17 North/Kingsley | 3/12/2008 |
| Sign No Number | Kingsley Rd - 2 - 45 MPH signs repaired only | 17 North/Kingsley | 3/12/2008 |
| SIGN # 50647 | YIELD Sign - repaired (twisted/leaning) | Palmetto | 3/13/2008 |
| Sign No Number | Adopt - a- highway | 21 N/S | 3/17/2008 |
| Sign No Number | Adopt - a- highway | 17 N/S | 3/17/2008 |
| Sign No Number | Adopt - a- highway | 100 E/W | 3/17/2008 |
| Sign No Number | Information sign | 16 W Penny Farms | 3/18/2008 |
| Sign No Number | Repaired - STOP sign | 16E | 3/19/2008 |
| Sign No Number | Penny Farms Sign Down | 16W | 3/25/2008 |
| Sign Number 53060 | Adopt - a- highway | 17N | 3/27/2008 |
| Sign No Number | Adopt - a- highway | 17S | 3/27/2008 |
| Sign No Number | Stop Ahead | 215 | 3/27/2008 |
| Sign No Number | Bridge Sign | 21 | 3/27/2008 |

* adopt - a - highway signs informational signs erected to replace terminated sponsorships

# VMS - FDOT SIGN REPAIR/REPLACEMENT

## CLAY COUNTY

### Apr-08

| Sign Number | Action Taken | Road Section ID | Date |
|---|---|---|---|
| 50910 | Replaced "Merge Left" - Pole | 21S/21S | 4/1/2008 |
| 2" Pipe | Replaced 16 W Sign | 16W/230 | 4/1/2008 |
| 52782 | Replaced Pole/divided highway | 17S-16E | 4/8/2008 |
| No Number | STOP - Gold Head Park Entrance/Exit/POLE | 21S | 4/14/2008 |

# VMS - FDOT SIGN REPAIR/REPLACEMENT

## CLAY COUNTY

### May-08

| Sign Number | Action Taken | Road Section ID | Date |
|---|---|---|---|
| 51611 | Merge Sign replaced/Breakaway | 230/16 | 5/12/2008 |
| No Number | Reinstalled Penny Farms information sign | 16 W | 5/19/2008 |

# VMS - FDOT SIGN REPAIR/REPLACEMENT

## CLAY COUNTY

Jun-08

| Sign Number | Action Taken | Road Section ID | Date |
|---|---|---|---|
| 50419 | Replaced Sign | SR 21/Jefferson | 06/04/08 |
| 51718 | Reinstalled Sign | 218/301 N | 06/05/08 |
| 50520 | Replaced Pole | 21 South @ Wells Rd | 06/24/08 |
| 53233 | Replaced Pole | 17 South 1306 Idlewilde | 06/24/08 |

# VMS - FDOT SIGN REPAIR/REPLACEMENT
## CLAY COUNTY
Jul-08

| Sign Number | Action Taken | Road Section ID | Date |
|---|---|---|---|
| 50638 | Replaced-Left Lane Ends | 17S @ Floyd St. | 7/3/08 |
| 52572 | Replaced - 45 MPH | 21S | 7/7/08 |
| 52554 | Replaced- No Parking | 16E | 7/7/08 |
| 51901 | Replaced - Intersection | 16E | 7/7/08 |
| No number | Replaced 2-way arrow | 315 @ SR 16 | 7/17/08 |
| No number | Installed - Adopt Episcopal Men | 17 N/17 S | 7/17/08 |
| No number | Moved - 55 MPH | 16 W | 7/17/08 |
| No Number | Moved - Adopt-A-Highway | 301 N | 7/17/08 |
| No number | Installed - No Parking | 16 E Bridge | 7/29/08 |
| No number | New Sign & Post | SR 16 W | 7/29/08 |

# VMS - FDOT SIGN REPAIR/REPLACEMENT

## CLAY COUNTY

### August

| Sign Number | Action Taken | Road Section ID | Date |
|---|---|---|---|
| 51870 | Replaced/MERGE END | 21 & 16 W | 8/5/2008 |
| 50348 | Replaced/45 MPH | 21N | 8/5/2008 |
| 50601 | Replaced/NO SELL ON ROW | 21 S | 8/5/2008 |
| 50446 | Re-Installed/NO LEFT TURN | 21S | 8/13/2008 |
| 51835 | Replaced 3 1/2" Pipe NARROW BRIDGE | 16W | 8/28/2008 |
| | | | |
| | | | |
| | | | |
| | | | |

# VMS - FDOT SIGN REPAIR/REPLACEMENT

## CLAY COUNTY

Sep-08

| Sign Number | Action Taken | Road Section ID | Date |
|---|---|---|---|
| No Number | Reinstalled "BIKE LANE" | SR 224 | 9/3/2008 |
| No Number | Installed "BIKE PATH" | Kingsley | 9/9/2008 |
| No Number | Removed 2 "work ahead" signs | Harbor St | 9/9/2008 |
| No Number | Installed Adopt-A-Highway signs | 16 W by 230 | 9/11/2008 |
| 50309 | Installed "One-Way" sign | 21N Middleburg | 9/11/2008 |
| No Number | No U Turn Replaced pole | 21N Suzanne | 9/23/2008 |

# VMS - FDOT SIGN REPAIR/REPLACEMENT
## CLAY COUNTY
### Oct-08

| Sign Number | Action Taken | Road Section ID | Date |
|---|---|---|---|
| 51972 | changed pole/55 MPH | 16W @ 315 | 10/14/2008 |
| no number | replaced pole/NoParking | 16E | 10/14/2008 |
| no number | Adopt-A-Highway - straightenend | 17N | 10/14/2008 |
| no number | Bridge Sign/New 2" pole installed | 21S south of SR 16 | 10/14/2008 |
| no number | 45 MPH/changed 3" pole | 16E by Reynolds Park | 10/14/2008 |
| no number | 1-Way Sign-straightened | 17S across from Court House | 10/14/2008 |
| no number | Replaced 2 3" Pipes | 16W | 10/28/2008 |
| 52049 | Replaced Right Lane Ends Sign | 16W | 10/28/2008 |
| 52511 | Replaced 45 MPH sign | 16E | 10/28/2008 |
| no number | Replaced 2 3" Pipes/45 MPH | 16E | 10/29/2008 |
| no number | Replaced U-Channel | 16E | 10/29/2008 |

VMS - FDOT SIGN REPAIR/REPLACEMENT

CLAY COUNTY

Nov-08

| Sign Number | Action Taken | Road Section ID | Date |
|---|---|---|---|
| 50865 | new "bear" sign | South of 16 on 21 NB | 11/19/2008 |

# VMS - FDOT SIGN REPAIR/REPLACEMENT

## CLAY COUNTY

### Dec-08

| Sign Number | Action Taken | Road Section ID | Date |
|---|---|---|---|
| 51717 | Replaced - Right Lane Ends | 301N/218 | 12/29/2008 |
| No Number/17 S GCS | Replaced - Firetruck Symbol | NB 17S | 12/29/2008 |

# VMS - FDOT SIGN REPAIR/REPLACEMENT

## CLAY COUNTY

### Jan-09

| Sign Number | Action Taken | Road Section ID | Date |
|---|---|---|---|
| 52712 | Replaced Firetruck Sign | SR 17S | 1/9/2009 |
| 51813 | New Double Arrow Sign | 16 W & Lawty Rd | 1/12/2009 |
| No number on this sign | New 3" Pole "NO U-TURN" | SR 21S & CR 224 (Kingsley) | 1/12/2009 |
| No numbers on these signs | Removed R R X'ing Signs | 16 E | 1/16/2009 |
| 52576 | Installed 3" Pole "YIELD" sign | 16 E | 1/19/2009 |
| 53145 | "H" Sign replaced | 16 E | 1/19/2009 |
| 51812 | Installed Yellow Diamond | 16 E | 1/19/2009 |
| 52807 | Replaced "60 MPH" | 17 S & 15 A | 1/19/2009 |
| Adopt-A-Highway | New signs installed "Church" Green Cove Springs | 17 N & 17 S | 1/19/2009 |
| 53044 | Installed new 3" diameter Pole - One-Way | 17 S of Dr. Inlet Bridge | 1/20/2009 |
| 51811 | Installed new Yellow Triangle Reflector Sign | 16 W @ Clay 225 | 1/22/2009 |
| 51814 | Installed new Yellow Triangle Reflector Sign | 16 W @ Clay 225 | 1/22/2009 |
| 51900 | Installed 3" Pole & Yellow Reflector | 16 E @ Clay 315 | 1/22/2009 |
| 50466 | Replaced 3" Pole "45 MPH" | 21 N @ Belmore | 1/22/2009 |

# VMS - FDOT SIGN REPAIR/REPLACEMENT
## CLAY COUNTY
Feb-09

| Sign Number | Action Taken | Road Section ID | Date |
|---|---|---|---|
| 50554 | Replaced No-U-Turn Sign | 21 S & Filmore | 2/25/2009 |