**Approved By** [signature]

REQUESTS FOR SIGN SHOP

**ORIGINAL**

**LOCATION** _____ ALLIGATOR BLVD / BLANDING BLVD (SR 21)
Ours/Paved/Jax South

**Call Received By:** David Pipkins
**Requesting Dept** _____

**Work Order** H63-05/06

**Phone Number** () 284-7575

**Contact Name** _____ Clay County Sheriffs Office

**Alternate Phone** _____

**Citizen Address** 901 ORANGE AV (HIGHWAY 1

**Call Date/Time** 2/27/2006 12:30:00 PM

**Request / Complaint**

ALLIGATOR BLVD @ SR 21 THE STOP SIGN IS DOWN [RESET THE 36" R1-1 SIGN]

**Assigned To** Joel Bush    **Locate #** _____    **Equp Number** _____

**Resolution** _____

| | THEFT | VAND | MAINT | ACCIDENT | NEW |
|---|---|---|---|---|---|
| | | | PERSONNEL | | |
| NAME | | | | | |
| DATE | | | | | |
| TRAVEL | | | | | |
| ARRIVED | | | | | |
| DEPART | | | | | |
| TOTAL | | | | | |

**Materials Used** _____

**SIGNS** _____   **GALS PAINT USED** _____   **Miles Painted** _____

**Deputy Hours** _____   **Close Date** _____

**Request Number** H825-05/06   **Employee Signature** _____

EXHIBIT C

Wednesday, March 01, 2006          **Segment ID** 43

99

# CLAY COUNTY TRAFFIC CONTROL DIVISION

LOCATION Alligator Blvd at SR 21
W.O. # H-63        LOCATE / PERMIT # _____
CONTACT: NAME ~~S.O~~    PHONE _____
          ADDRESS _____
          AGENCY S.O
REQUEST / COMPLAINT: The Stop Sign is Down

RECEIVED: BY David P.    DATE 2/27/06    TIME 12:30 pm
ASSIGNED: TO Joel    TRUCK RB 1427    EQUIP. _____
RESOLUTION: Reset the 36"x36" R1-1 Sign

ASSISTED: _____    TIME: _____    DATE: _____

THEFT ___ VAND. ✓ NEW ___ MAINT. ___ ACCIDENT ___ OTHER ___
TIME: DATE 2/27/06
    TRAVEL    10 min
    ASSEMBLY  —
    ARRIVED   12:40
    DEPART    12:55
    TOTAL     _____
MATERIAL: N/A

REG. HOURS _____ O.T. hrs _____ DEPUTY hrs _____ EQUIP hrs _____
TOTAL: SIGNS _____ GALS. PAINT _____ MILES PAINT _____
NOTES: _____

COMPLETED: DATE 2/27/06    SIGNATURE: Joel Bush
H825                                    4/3

REQUESTS FOR SIGNS OR STRIPPING

**ORIGINAL**

LOCATION ALLIGATOR BLVD / 
Ours/Paved/Jax South

Sign Shop

Call Received By: Karen Neisser

Requesting Dept

**Work Order** G47-04/05

Phone Number () 284-6359

**Contact Name** Bernard Watson    Clay County Sign Shop

Alternate Phone

**Citizen Address** 5    ESPLANADE AV

Call Date/Time 9/16/2005 7:00:00 AM
9-27-05

**Request / Complaint**

ALLIGATOR BLVD HEADING NORTH/EAST SHOULDER THE S3-1 [SCHOOL BUS STOP AHEAD] SIGN NEEDS TO BE REPLACED..REASON NOT GIVEN

Locate # _____ Equp Number _____

**Assigned To** Mandrell Vaughn

**Resolution** Replaced School Bus Stop ahead

| | THEFT | VAND | MAINT | ACCIDENT | NEW |
|---|---|---|---|---|---|
| | | | PERSONNEL | | |
| NAME | | | Mandrell Vaughn | | |
| DATE | | 9-27-05 | 9/27/05 | | |
| TRAVEL | | | 5 min | | |
| ARRIVED | | | 9:05 | | |
| DEPART | | | 9:10 | | |
| TOTAL | | 5 min | 5 min | | |
| Materials Used | | 1-30" blank | 1-School Bus Stop Ahead Face | | |

SIGNS 1    GALS PAINT USED _____    Miles Painted _____

Deputy Hours _____

Close Date 9/27/05

Request Number G2200-04/05

Employee Signature Mandrell Vaughn

RECEIVED OCT 12 8 00 AM '05 CLAY COUNTY TRAFFIC OPERATIONS

Friday, September 16, 2005    Segment ID 43

REQUESTS FOR SIGNS OR STRIPPING       **ORIGINAL**

**LOCATION** 4647       ALLIGATOR BLVD       /       **Call Received By:** Karen Neisser
Ours/Paved/Jax South                    Sign Shop       **Requesting Dept**
**Work Order** G47-04/05                               **Phone Number** () 284-6359
**Contact Name** Bernard Watson    Clay County Sign Shop    **Alternate Phone**
**Citizen Address** 5       ESPLANADE AV       **Call Date/Time** 9/16/2005 7:00:00 AM

**Request / Complaint**
4647 ALLIGATOR BLVD THE NW-1 [NEIGHBORHOOD WATCH] SIGN NEEDS TO BE CLEANED

**Assigned To** Mandrell Vaughn       Locate #       Equp Number
**Resolution** Cleaned Neighborhood watch

|  | THEFT | VAND | MAINT | ACCIDENT | NEW |
|---|---|---|---|---|---|
|  |  |  | PERSONNEL |  |  |
| NAME | Mandrell Vaughn |  |  |  |  |
| DATE | 9/26/05 |  |  |  |  |
| TRAVEL | 5 min |  |  |  |  |
| ARRIVED | 8:30 |  |  |  |  |
| DEPART | 8:40 |  |  |  |  |
| TOTAL | 15 min |  |  |  |  |

**Materials Used**

None

**SIGNS** 0       **GALS PAINT USED**       **Miles Painted**

**Deputy Hours**                                **Close Date** 9/26/05
**Request Number** G2202-04/05       **Employee Signature** Mandrell Vaughn

REQUESTS FOR SIGNS OR STRIPPING

**ORIGINAL**

**LOCATION** 4564  ALLIGATOR BLVD  /  **Call Received By:** Karen Neisser

Ours/Paved/Jax South

Sign Shop

**Requesting Dept** _____

**Work Order** G47-04/05

**Phone Number** () 284-6359

**Contact Name** Bernard Watson  Clay County Sign Shop

**Alternate Phone** _____

**Citizen Address** 5  ESPLANADE AV

**Call Date/Time** 9/16/2005 7:00:00 AM

**Request / Complaint**

4564 ALLIGATOR BLVD THE NW-1 [NEIGHBORHOOD WATCH] SIGN NEEDS TO BE MOVED BACK TO RIDE - A-WAY SURRANDED BY BUSHES

**Assigned To** Mandrell Vaughn  **Locate #** _____  **Equp Number** _____

**Resolution** Relocated Neighborhood watch Sign

| | THEFT | VAND | MAINT | ACCIDENT | NEW |
|---|---|---|---|---|---|
| | | | PERSONNEL | | |
| **NAME** | Mabell Vaughn | | | | |
| **DATE** | 9/26/05 | | | | |
| **TRAVEL** | 10 min | | | | |
| **ARRIVED** | 8:15 | | | | |
| **DEPART** | 8:25 | | | | |
| **TOTAL** | | | | | |
| **Materials Used** | | | | | |

NONE

**SIGNS** 0  **GALS PAINT USED** _____  **Miles Painted** _____

**Deputy Hours** _____

**Close Date** 9/26/05

**Request Number** G2199-04/05  **Employee Signature** Mabell Vaughn

# REQUESTS FOR SIGNS OR STRIPPING

**ORIGINAL**

LOCATION ALLIGATOR BLVD /     Call Received By: Karen Neisser
Ours/Paved/Jax South        Sign Shop       Requesting Dept
**Work Order** G47-04/05                     Phone Number () 284-6359
**Contact Name** Bernard Watson   Clay County Sign Shop    Alternate Phone
**Citizen Address** 5  ESPLANADE AV           Call Date/Time 9/16/2005 7:00:00 AM

**Request / Complaint**
ACROSS FROM 4564 ON ALLIGATOR BLVD THE W3-1A [STOP AHEAD] SYMBOL NEEDS TO BE REPLACED...REASON NOT GIVEN

Made on 9-27-05

**Assigned To** Mandrell Vaughn   Locate #     Equp Number
**Resolution** Replaced Stop ahead Symbol Sign

THEFT ___ VAND ___ MAINT ___ ACCIDENT ___ NEW ___

**PERSONNEL**

NAME: 9/14
DATE: 9-27-05
TRAVEL: 5 min
ARRIVED: 8:05
DEPART: 8:15
TOTAL: 15 min
Materials Used: 1-30" Stop Ahead Symbol face - 1 Blank 30"

SIGNS ___   GALS PAINT USED ___   Miles Painted ___

Deputy Hours ___                   Close Date 9-28-05

Request Number G2197-04/05         Employee Signature

Friday, September 16, 2005         Segment ID 43

REQUESTS FOR SIGNS OR STRIPPING

**ORIGINAL**

LOCATION _____ ALLIGATOR BLVD / _____ Call Received By: Karen Neisser

Ours/Paved/Jax South

Sign Shop

Requesting Dept _____

**Work Order** G47-04/05

Phone Number () 284-6359

**Contact Name** Bernard Watson   Clay County Sign Shop

Alternate Phone _____

**Citizen Address** 5  ESPLANADE AV

Call Date/Time 9/16/2005 7:00:00 AM

**Request / Complaint**

ALLIGATOR BLVD HEADING SOUTH / WEST SHOULDER THE R12-2 [AXLE WEIGHT LIMIT 10 TONS] SIGN NEEDS TO BE REPLACD.. REASON NOT GIVEN

9-27-05

**Assigned To** Mandrell Vaughn   Locate # _____   Equp Number _____

**Resolution** _____

| | THEFT | VAND | MAINT | ACCIDENT | NEW |
|---|---|---|---|---|---|

**PERSONNEL**

| | | | | | |
|---|---|---|---|---|---|
| NAME | 49-Mahll | | | | |
| DATE | 9-27-05 | | | | 9/14 |
| TRAVEL | 5 | | | | |
| ARRIVED | 10:10 | | | | |
| DEPART | 10:20 | | | | |
| TOTAL | 30 mn | | | | |

Materials Used 1-24"x30" Blank Regulatory Face 30"x25" Rail Black

SIGNS | 1    GALS PAINT USED _____    Miles Painted _____

**Deputy Hours** _____

**Close Date** 9/28/05

**Request Number** G2204-04/05

**Employee Signature** Mahll V.ghn

Friday, September 16, 2005                                      **Segment ID** 43

REQUESTS FOR SIGNS OR STRIPPING

**ORIGINAL**

**LOCATION** 4682   ALLIGATOR BLVD   /   **Call Received By:** Karen Neisser
Ours/Paved/Jax South
Sign Shop   **Requesting Dept**
**Work Order** G47-04/05   **Phone Number** () 284-6359
**Contact Name** Bernard Watson   Clay County Sign Shop   **Alternate Phone**
**Citizen Address** 5   ESPLANADE AV   **Call Date/Time** 9/16/2005 7:00:00 AM
9-27-05

**Request / Complaint**
4682 ALLIGATOR BLVD THE S3-1 [SCHOOL BUS STOP AHEAD] SIGN HAS BEEN SHOT UP AND NEEDS TO BE REPLACED

**Assigned To** Mandrell Vaughn   **Locate #**   **Equp Number**
**Resolution** Replaced SBSA Sign

| | THEFT | VAND | MAINT | ACCIDENT | NEW |
|---|---|---|---|---|---|
| | | | PERSONNEL | | |
| NAME | MV | | | | |
| DATE | 9-27-05 | | | | |
| TRAVEL | 3 min | | ENTERED | | |
| ARRIVED | 8:20 | | | | |
| DEPART | 8:30 | | | | |
| TOTAL | 15 min | | | | |
| Materials Used | 1-30" blank   1-30" SBSA Face | | | | |

**SIGNS** 1   **GALS PAINT USED**   **Miles Painted**

**Deputy Hours**   **Close Date** 9/28/05
**Request Number** G2203-04/05   **Employee Signature** [signature]

Friday, September 16, 2005   **Segment ID** 43

REQUESTS FOR SIGNS OR STRIPPING

**ORIGINAL**

**LOCATION** 4654 ALLIGATOR BLVD /     **Call Received By:** Karen Neisser
Ours/Paved/Jax South     Sign Shop     **Requesting Dept**
**Work Order** G47-04/05     **Phone Number** () 284-6359
**Contact Name** Bernard Watson     Clay County Sign Shop     **Alternate Phone**
**Citizen Address** 5 ESPLANADE AV     **Call Date/Time** 9/16/2005 7:00:00 AM

**Request / Complaint**
4654 ALLIGATOR BLVD THE R2-1 [SPEED LIMIT 45] IS ALL SHOT UP AND NEEDS TO BE REPLACED  Made on 9-27-05

**Assigned To** Mandrell Vaughn     **Locate #**     **Equp Number**
**Resolution** Replaced Speed limit 45 mph

THEFT ___ VAND ___ MAINT ___ ACCIDENT ___ NEW ___

**PERSONNEL**

| | | | | |
|---|---|---|---|---|
| **NAME** | CO | | | |
| **DATE** | 9-27-05 | | | |
| **TRAVEL** | 5 min | | | |
| **ARRIVED** | 8:35 | | | |
| **DEPART** | 8:45 | | | |
| **TOTAL** | 15 min | | | |

**Materials Used** 1 - 24x36" 45mph Eng MtInt

**SIGNS** 1     **GALS PAINT USED**     **Miles Painted**

**Deputy Hours**     **Close Date** 9/28/05

**Request Number** G2201-04/05     **Employee Signature** Mandrell Vaughn

Friday, September 16, 2005     **Segment ID** 43

REQUESTS FOR SIGNS OR STRIPPING

**ORIGINAL**

**LOCATION** 4564  ALLIGATOR BLVD  /
Ours/Paved/Jax South

Sign Shop

**Call Received By:** Karen Neisser
**Requesting Dept**

**Work Order** G47-04/05
**Contact Name** Bernard Watson  Clay County Sign Shop
**Citizen Address** 5  ESPLANADE AV

**Phone Number** () 284-6359
**Alternate Phone**
**Call Date/Time** 9/16/2005 7:00:00 AM

**Request / Complaint**
4564 ALLIGATOR BLVD THE R12-2 [AXLE WEIGHT LIMIT 10 TONS] HAS BEEN SHOT UP AND NEEDS TO BE REPLACED

9-27-05

**Assigned To** Mandrell Vaughn   **Locate #**   **Equp Number**
**Resolution** Replaced the weight limit sign

| | THEFT | VAND | MAINT | ACCIDENT | NEW |
|---|---|---|---|---|---|
| | | | PERSONNEL | | |
| NAME | M | | | | |
| DATE | 9-27-05 | | | | |
| TRAVEL | ~~7:50~~ 10 min | | | G54 | |
| ARRIVED | ~~8:00~~ 7:50 | | | 10:00 | |
| DEPART | 8:00 | | | | |
| TOTAL | 30 min | | | | |
| Materials Used | 30"x 25" black P.O.SS | 30"x 25" P.O.SS/ White | I - 24x60" blank | | |

**SIGNS** 1   **GALS PAINT USED**   **Miles Painted**

**Deputy Hours**

**Close Date** 9/28/05

**Request Number** G2196-04/05   **Employee Signature** Mandrell Vaughn

Friday, September 16, 2005   **Segment ID** 43

REQUESTS FOR SIGNS OR STRIPPING

**ORIGINAL**

**LOCATION** 4720  ALLIGATOR BLVD  /  **Call Received By:** Karen Neisser

Ours/Paved/Jax South    Sign Shop    **Requesting Dept**

**Work Order** G47-04/05    **Phone Number** () 284-6359

**Contact Name** Bernard Watson   Clay County Sign Shop   **Alternate Phone**

**Citizen Address** 5  ESPLANADE AV   **Call Date/Time** 9/16/2005 7:00:00 AM

**Request / Complaint**

4720 ALLIGATOR BLVD THE W15-1 [ CAUTION CHILDREN AHEAD] SIGN NEEDS TO BE REPLACED    Made 9-27-05

**Assigned To** Mandrell Vaughn   Locate #    Equp Number

**Resolution** Cheng aut CCA Sign

| | THEFT | VAND | MAINT | ACCIDENT | NEW |
|---|---|---|---|---|---|
| | | | PERSONNEL | | |
| NAME | M | | | | |
| DATE | 9-27-05 | | | | |
| TRAVEL | 5 min | | | | |
| ARRIVED | 8:50 | | ENTERED | | |
| DEPART | 9:00 | | | | |
| TOTAL | 15 min | | | | |

Materials Used  1-30" blank  1-30" CCA Face E/track

**SIGNS** |   **GALS PAINT USED**   **Miles Painted**

**Deputy Hours**    **Close Date** 9/28/05

**Request Number** G2242-04/05   **Employee Signature** _[signature]_

Friday, September 16, 2005    **Segment ID** 43

REQUESTS FOR SIGNS OR STRIPPING

**ORIGINAL**

**LOCATION** 4802  ALLIGATOR BLVD  /  **Call Received By:** Karen Neisser

Ours/Paved/Jax South

Sign Shop

**Requesting Dept**

**Work Order** G47-04/05

**Phone Number** () 284-6359

**Contact Name** Bernard Watson    Clay County Sign Shop

**Alternate Phone**

**Citizen Address** 5  ESPLANADE AV

**Call Date/Time** 9/16/2005 7:00:00 AM

**Request / Complaint**

4802 ALLIGATOR BLVD THE R2-5A [REDUCE SPEED AHEAD] SIGN NEEDS TO BE REPLACED.. REASON NOT GIVEN

MAdE 9-27-05

**Assigned To** Mandrell Vaughn     **Locate #**     **Equp Number**

**Resolution** Replaced Reduce Speed Ahead

| THEFT | VAND | MAINT | ACCIDENT | NEW |

**PERSONNEL**

**NAME** MV
**DATE** 9-27-05
**TRAVEL** 5 min
**ARRIVED** 9:05
**DEPART** 9:15
**TOTAL** 15 min

ENTERED

**Materials Used** 1-24x30" E-Grade Reduce Speed Ahead Face Recy blank

**SIGNS** 1    **GALS PAINT USED**     **Miles Painted**

**Deputy Hours**

**Close Date** 9/28/05

**Request Number** G2205-04/05    **Employee Signature**

Friday, September 16, 2005    **Segment ID** 43

REQUESTS FOR SIGNS OR STRIPPING          ORIGINAL

**LOCATION** 4856    ALLIGATOR BLVD    /          **Call Received By:** Karen Neisser
Ours/Paved/Jax South                Sign Shop     **Requesting Dept**

**Work Order** G47-04/05                           **Phone Number** () 284-6359
**Contact Name** Bernard Watson   Clay County Sign Shop   **Alternate Phone**
**Citizen Address** 5    ESPLANADE AV              **Call Date/Time** 9/16/2005 7:00:00 AM

**Request / Complaint**
4856 ALLIGATOR BLVD THE R2-1 [SPEED LIMIT 35] SIGN HAS BEEN SPRAY PAINTED AND NEEDS TO BE REPLACED Sign Made on 9-27-05

**Assigned To** Mandrell Vaughn    Locate #         Equp Number
**Resolution** Replaced Speed limit

| THEFT | VAND | MAINT | ACCIDENT | NEW |

PERSONNEL

NAME   JLV
DATE   9-27-05
TRAVEL Smith
ARRIVED 9:20
DEPART  9:30
TOTAL   Smw
Materials Used  1-24x30" Hi-Int 35mph face  1-24x30" blank

SIGNS 1    GALS PAINT USED    Miles Painted

**Deputy Hours**                    **Close Date** 9/28/05

**Request Number** G2206-04/05      **Employee Signature** [signature]

Friday, September 16, 2005           Segment ID 43

REQUESTS FOR SIGNS OR STRIPPING

**ORIGINAL**

**LOCATION** ALLIGATOR BLVD /     **Call Received By:** Karen Neisser

Ours/Paved/Jax South     Sign Shop     **Requesting Dept**

**Work Order** G47-04/05     **Phone Number** () 284-6359

**Contact Name** Bernard Watson     Clay County Sign Shop     **Alternate Phone**

**Citizen Address** 5 ESPLANADE AV     **Call Date/Time** 9/16/2005 7:00:00 AM

**Request / Complaint**

ACROSS FROM 4918 ALLIGATOR BLVD THE W15-1 [CAUTION CHILDREN AHEAD] SIGN NEEDS TO BE REPLACED.. REASON NOT GIVEN

Made 9-27-05

**Assigned To** Mandrell Vaughn     **Locate #**     **Equp Number**

**Resolution** Replaced CCA Sign

| | THEFT | VAND | MAINT | ACCIDENT | NEW |
|---|---|---|---|---|---|
| | | | PERSONNEL | | |
| NAME | MV | | | | |
| DATE | 9-27-05 | | | | |
| TRAVEL | 5 min | | ENTERED | | |
| ARRIVED | 9:35 | | | | |
| DEPART | 9:45 | | | | |
| TOTAL | 15 min | | | | |
| Materials Used | 1-30" blank  1-30" C/CA Face | | | | |

**SIGNS** 1     **GALS PAINT USED**     **Miles Painted**

**Deputy Hours**     **Close Date** 9/28/05

**Request Number** G2207-04/05     **Employee Signature**

Friday, September 16, 2005     Segment ID 43

REQUESTS FOR SIGNS OR STRIPPING

**ORIGINAL**

**LOCATION** ALLIGATOR BLVD / BLANDING BLVD (SR 21)
Ours/Paved/Jax South                    Sign Shop

**Call Received By:** Karen Neisser
**Requesting Dept**

**Work Order** G47-04/05
**Phone Number** () 284-6359

**Contact Name** Bernard Watson    Clay County Sign Shop
**Alternate Phone**

**Citizen Address** 5    ESPLANADE AV
**Call Date/Time** 9/16/2005 7:00:00 AM

**Request / Complaint**
ALLIGATOR BLVD @ SR 21 THE STOP SIGN NEEDS TO BE CLEANED

**Assigned To** Mandrell Vaughn     **Locate #**           **Equp Number**
**Resolution** Cleaned Stp Sup

|  | THEFT | VAND | MAINT | ACCIDENT | NEW |
|---|---|---|---|---|---|
|  |  |  | PERSONNEL |  |  |
| NAME | Marshall |  |  |  |  |
| DATE | 9/23/05 |  |  |  |  |
| TRAVEL | 5 min |  |  |  |  |
| ARRIVED | 10:20 |  |  |  |  |
| DEPART | 10:36 |  |  |  |  |
| TOTAL | 15 min |  |  |  |  |

**Materials Used**

None

**SIGNS** 0    **GALS PAINT USED**    **Miles Painted**

**Deputy Hours**
**Close Date** 9/23/05

**Request Number** G2195-04/05    **Employee Signature** Marshall Vaughn