UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JAMES E. TOMLINSON, et al.,**

    **Plaintiffs,**

vs.                                           Case No.: 3:07-cv-1180-J-TEM

**WILLIAM J. LANDERS,**

    **Defendant.**

**HONORABLE THOMAS E. MORRIS, U.S. Magistrate Judge**
Courtroom Deputy: Carol Holliman, Courtroom Deputy

**DATE:** July 21, 2009
**TIME:** 9:40 a.m. - 12:55 p.m.
**RECORDING:** Sandra Crowley, Esquire Reporting/DIGITAL

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| Bob Stripling | Robert Sturgess |
| Sylvia Stripling | Megan Logan |

## CLERK'S MINUTES

**PROCEEDINGS: HEARING ON MOTIONS (DOCS. 55, 77, 83, 87,89,90,91,92,94,96,106)**

Arguments by counsel.

**ORDER TO ENTER.**